| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Heart Heating & Cooling, LLC** |
|---|---|---|

| 2. | All other names debtor used in the last 8 years | DBA  **Heart Heating, Cooling & Plumbing** |
|---|---|---|
| | Include any assumed names, trade names and *doing business as* names | DBA  **Heart Heating, AC, Plumbing & Electric** |
| | | DBA  **Heart Heating, Cooling, Plumbing & Electric** |
| | | DBA  **Heart Automotive** |

| 3. | Debtor's federal Employer Identification Number (EIN) | **84-3150326** |
|---|---|---|

**4.    Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4320 Barnes Rd., Unit 120** **Colorado Springs, CO 80917** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **El Paso** | **Location of principal assets, if different from principal place of business** |
| County | **7801 W Colfax Avenue Lakewood, CO 80214** |
| | Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | |
|---|---|---|

**6.    Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Heart Heating & Cooling, LLC**
_____   Case number (*if known*) _____
          Name

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **Heart Heating & Cooling, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | | Case number, if known | |

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor      **Heart Heating & Cooling, LLC**                                    Case number (*if known*) _____
            Name

☐ $50,001 - $100,000              ■ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | **Heart Heating & Cooling, LLC** | Case number (*if known*) | |
| | Name | | |

---

| | **Request for Relief, Declaration, and Signatures** |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 11, 2023**
MM / DD / YYYY

**X** **/s/ Robert M. Townsend**                           **Robert M. Townsend**
Signature of authorized representative of debtor      Printed name

Title   **CEO**

---

**18. Signature of attorney**

**X** **/s/ K. Jamie Buechler**                           Date   **July 11, 2023**
Signature of attorney for debtor                         MM / DD / YYYY

**K. Jamie Buechler 30906**
Printed name

**Buechler Law Office, L.L.C.**
Firm name

**999 18th Street, Suite 1230 S**
**Denver, CO 80202**
Number, Street, City, State & ZIP Code

Contact phone   **720-381-0045**      Email address   **Jamie@kjblawoffice.com**

**30906 CO**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name     **Heart Heating & Cooling, LLC**

United States Bankruptcy Court for the:     DISTRICT OF COLORADO

Case number (if known)     _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule* _____

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **July 11, 2023**          X **/s/ Robert M. Townsend**
_____          _____
                                  Signature of individual signing on behalf of debtor

                                  **Robert M. Townsend**
                                  _____
                                  Printed name

                                  **CEO**
                                  _____
                                  Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Heart Heating & Cooling, LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals            **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................   $         **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................................   $    **2,676,312.33**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................................   $    **2,676,312.33**

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................   $    **6,809,138.83**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................   $    **939,021.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$    **3,425,274.69**

4.  **Total liabilities** ...............................................................................................................
   Lines 2 + 3a + 3b

$    **11,173,434.52**

| Fill in this information to identify the case: |
|---|

Debtor name    **Heart Heating & Cooling, LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number *(if known)*   _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **Unknown** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **Canvas Business (Share Checking)** | **Checking** | **5000** | $60,452.31 |
| 3.2.  **Canvas Credit Union (Share Savings)** | **Savings** | **2345** | $5.00 |
| 3.3.  **Bank of America (in the name of HRT Holdings)** | **Checking** | **3431** | $26,272.54 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $86,729.85 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

Debtor   **Heart Heating & Cooling, LLC**                                    Case number *(If known)* _____
                Name

---

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.     Accounts receivable**

11a. 90 days old or less: _____**0.00**_____ - _____**0.00**_____ = .... _____**Unknown**_____

                                    face amount                     doubtful or uncollectible accounts

**12.     Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                 | **$0.00** |

---

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Office Furrniture (See Attached 2021 Depreciation Detail Listing) | Unknown | Book Value | Unknown |
| 40. **Office fixtures** Office Fixtures (See 2021 Depreciation Detail Listing) | Unknown | Book Value | Unknown |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Office Equipment, Computer and Communicatio nsystems Equipment, and | Unknown | | Unknown |

| Debtor | **Heart Heating & Cooling, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

**Software (See 2021 Depreciation Detail Listing)**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | **$0.00** |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2020 Ram Promaster 2500 (VIN xxx6239)** | **$28,807.00** | **Book Value** | **$28,807.00** |
| 47.2.  **2020 Ram Promaster 2500 (VIN xxx7896)** | **$28,807.00** | **Book Value** | **$28,807.00** |
| 47.3.  **2020 Ram Promaster 2500 (VIN #0703)** | **$29,428.00** | **Book Value** | **$19,704.48** |
| 47.4.  **2020 Ram Promaster 2500 (VIN xxx2923)** | **$28,807.00** | **Book Value** | **$28,807.00** |
| 47.5.  **2020 Ram Promaster 3500 (VIN xxx6243)** | **$33,065.00** | **Book Value** | **$33,065.00** |
| 47.6.  **2020 Ram Promaster 3500 (VIN xxx6242)** | **$23,825.00** | **Book Value** | **$23,825.00** |
| 47.7.  **2020 Ram Promaster 3500 (VIN xxx6236)** | **$28,807.00** | **Book Value** | **$28,807.00** |
| 47.8.  **2020 Ram Promaster 35000 (VIN xxx6237)** | **$28,766.00** | **Book Value** | **$28,766.00** |
| 47.9.  **2020 Ford Transit-250 Cargo (VIN xxx9715)** | **$33,822.00** | **Book Value** | **$33,822.00** |
| 47.10.  **2020 Ford Transit 250 Cargo (VIN xxx4917)** | **$41,379.00** | **Book Value** | **$41,379.00** |

| Debtor | **Heart Heating & Cooling, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 47.11· | **2020 Ford Transit 250 Cargo (VIN xxx7389)** | $32,919.00 | Book Value | $32,919.00 |
| 47.12· | **2020 Ford Transit 250 Cargo (VIn XXX9254)** | $48,572.00 | Book Value | $48,572.00 |
| 47.13· | **2020 Ford Transit 250 Cargo (VIN xxx1246)** | $40,618.00 | Book Value | $40,618.00 |
| 47.14· | **2020 Ford Transit 250 Cargo (VIN xxx9339)** | $47,775.00 | Book Value | $47,775.00 |
| 47.15· | **2020 Ford Transit 250 Cargo (VIN xxx4889)** | $37,007.00 | Book Value | $37,007.00 |
| 47.16· | **Leasing Associates 2022 Transit (VIN xxx1004)** | $43,608.00 | Book Value | $43,608.00 |
| 47.17· | **Leasing Associates Transit (VIN xxx0487)** | $43,608.00 | Book Value | $43,608.00 |
| 47.18· | **Leasing Associates 2022 Transit (VIN 0778)** | $42,077.00 | Book Value | $42,077.00 |
| 47.19· | **Leasing Associates 2022 Transit (VIN xxx0789)** | $42,077.00 | Book Value | $42,077.00 |
| 47.20· | **Leasing Associates 2022 Transit (VIN xxx0974)** | $42,077.00 | Book Value | $42,077.00 |
| 47.21· | **2018 Nissan Nv Cargo Nv 2500 Hd (VIn xxx5079)** | $0.00 | | Unknown |
| 47.22· | **2018 Nissan Nv Cargo Nv2500 Hd (VIN xxx6325)** | $29,217.00 | Book Value | $29,217.00 |
| 47.23· | **2018 Nissan Nv Cargo Nv2500 Hd (VIN xxx7560)** | $31,817.00 | Book Value | $37,817.00 |
| 47.24· | **2020 Nissan Nv Cargo Nv 2500 Hd (VIN xxx4049)** | $30,221.00 | Book Value | $30,221.00 |
| 47.25· | **2021 Ram Promaster 2500 (VIN xxx3581)** | $34,739.00 | Book Value | $34,739.00 |
| 47.26· | **2021 Ram Promaster 2500 (VIN xxx8062)** | $35,848.00 | Book Value | $35,848.00 |

| Debtor | **Heart Heating & Cooling, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 47.27 | **2021 Ford Transit 250 Cargo (VIN #7878)** | **$40,027.00** | Book Value | **$40,027.00** |
| 47.28 | **2020 Ford Transit 250 Cargo (VIN 6011)** | **$43,928.00** | Book Value | **$43,928.00** |
| 47.29 | **2020 Ford Transit 250 Cargo (VIN xxx7960)** | **$45,941.00** | Book Value | **$45,941.00** |
| 47.30 | **2021 Ford Transit 250 Cargo (VIN xxx0462)** | **$47,690.00** | Book Value | **$47,690.00** |
| 47.31 | **2020 Ram Promaster 2500 (VIN xxx0701)** | **$28,807.00** | Book Value | **$28,807.00** |
| 47.32 | **Leasing Associates 2022 Ford Transit 250 (VIN xxx1171)** | **$43,608.00** | Book Value | **$43,608.00** |
| 47.33 | **2020 Ram Promaster 1500 (VINxxx7802)** | **$27,666.00** | Book Value | **$27,666.00** |
| 47.34 | **2021 Ford Transit 350 Cargo (VIN xxx3948)** | **$49,886.00** | Book Value | **$49,886.00** |
| 47.35 | **2021 Ford Transit 350 Cargo (VIN xxx3949)** | **$47,662.00** | Book Value | **$47,662.00** |
| 47.36 | **2018 Ram Promaster 2500 (VIN xxx1830)** | **$28,420.00** | Book Value | **$28,420.00** |
| 47.37 | **2018 Ram Promaster 2500 (VIN xxx9368)** | **$32,250.00** | Book Value | **$32,250.00** |
| 47.38 | **2018 Ram Promaster 2500 (VIN xxx1827)** | **$29,318.00** | Book Value | **$29,318.00** |
| 47.39 | **2018 Ram Promaster (VIN xxx1831)** | **$28,919.00** | Book Value | **$28,919.00** |
| 47.40 | **2022 Ford Transit 350 Cargo (VIN xxx0141)** | **$46,121.00** | Book Value | **$46,121.00** |
| 47.41 | **2022 Ford Transit 350 Cargo (VIN xxx0142)** | **$45,326.00** | Book Value | **$45,326.00** |
| 47.42 | **2022 Ford Transit 350 Cargo (VIN xxx0146)** | **$52,464.00** | Book Value | **$52,464.00** |
| 47.43 | **2022 Ford Transit 350 Cargo (VIN xxx0145)** | **$53,253.00** | Book Value | **$53,253.00** |

| Debtor | **Heart Heating & Cooling, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 47.44 | **2022 Ford Transit 250 Cargo (VIN xxx0137)** | $51,814.00 | Book Value | $51,814.00 |
| 47.45 | **2022 Ram Promaster 2500 (VIN xxx1429)** | $43,779.00 | Book Value | $43,779.00 |
| 47.46 | **2022 Ram Promaster 2500 (VIN xxx1430)** | $42,155.00 | Book Value | $42,155.00 |
| 47.47 | **2022 Ford E-Transit 350 Cargo (VIN xxx1971)** | $53,283.00 | Book Value | $53,283.00 |
| 47.48 | **2022 Ford E-Transit 350 Cargo (VIN xxx2184)** | $52,252.00 | Book Value | $52,252.00 |
| 47.49 | **2022 Ram Promaster 2500 (VIN xxx8440)** | $41,631.00 | Book Value | $41,631.00 |
| 47.50 | **2022 Ford E Transit 350 Cargo (VIN xxx3000)** | $55,837.00 | Book Value | $55,837.00 |
| 47.51 | **2019 Ram Promaster 2500 (VIN xxx8951)** | $29,533.00 | Book Value | $29,533.00 |
| 47.52 | **2019 Ram Promaster 2500 (VIN xxx2718)** | $26,552.00 | Book Value | $26,552.00 |
| 47.53 | **2022 Chevrolet Colorado (VIN xxx3133)** | $30,322.00 | Book Value | $30,322.00 |
| 47.54 | **2022 Chevrolet Colorado (VIN xxx3449)** | $30,322.00 | Book Value | $30,322.00 |
| 47.55 | **2022 Chrysler Voyager LX Passenger (VIN xxx3630)** | $33,595.00 | Book Value | $33,595.00 |
| 47.56 | **2022 Chrysler Voyager LX Passenger (VIN xxx3625)** | $33,595.00 | Book Value | $33,595.00 |
| 47.57 | **2021 Ram 1500 Classic (VIN xxx1316)** | $23,974.00 | Book Value | $23,974.00 |
| 47.58 | **2022 Nissan Frontier (VIN xxx8762)** | $28,703.00 | Book Value | $28,703.00 |
| 47.59 | **2022 Ford E-Transit 350 Cargo (VIN xxx2154)** | $45,407.00 | Book Value | $45,407.00 |

| Debtor | **Heart Heating & Cooling, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 47.60. | **2023 Ford Maverick (VIN xxx7830)** | **$26,251.00** | Book Value | **$26,251.00** |
| 47.61. | **2022 Ford E-Transit 350 Cargo (VIN xxx2999)** | **$52,637.00** | Book Value | **$52,637.00** |
| 47.62. | **2016 Chevrolet Spart** | **$5,488.00** | Book Value | **$5,488.00** |
| 47.63. | **2020 Ram Promaster 2500 (VIN xxx3541)** | **$28,390.00** | Book Value | **$28,390.00** |
| 47.64. | **2020 Ram Promaster 2500 (VIN xxx7898)** | **$28,807.00** | Book Value | **$28,807.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Other macinery fixtures, and equipment (See attached 2021 Depreciation Detail Listing)**     **Unknown**     Book Value     **Unknown**

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.     **$2,339,582.48**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **7801 W. Colfax Avenue** | **Leasehold** | **$0.00** | Book Value | **Unknown** |

| Debtor | **Heart Heating & Cooling, LLC** | Case number *(If known)* | |
| | Name | | |

55.2.  **4320 Barnes Rd., Unit 120, Colorado Springs, Colorado**                              Unknown    Book Value                              Unknown

---

56.    **Total of Part 9.**                                                                                             **$0.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** **Website Development and company branding (See attached 2021 Depreciation Detain Listing)** | Unknown | | Unknown |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** **Customer lists, marketing lists** | Unknown | Book Value | Unknown |
| 64.    **Other intangibles, or intellectual property** **Website** | Unknown | Book Value | Unknown |
| 65.    **Goodwill** **Goodwill** | Unknown | Book Value | Unknown |

66.    **Total of Part 10.**                                                                                           **$0.00**

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

| Debtor | **Heart Heating & Cooling, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.    **Notes receivable**<br>Description (include name of obligor) | |
| 72.    **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.    **Interests in insurance policies or annuities** | |
| 74.    **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>**Heart Heating & Cooling, LLC v. Flatiron Property Holding, L.L.C. - civil lawsuit** | **$250,000.00** |

| Nature of claim | **Breach of Contract** |
|---|---|
| Amount requested | **$250,000.00** |

| 76.    **Trusts, equitable or future interests in property** | |
|---|---|
| 77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**1.  Heart Automotive, LLC - 100%**<br>**2.  HRT Holdings, LLC d/b/a** | **$0.00** |

| 78.    **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$250,000.00** |
|---|---|

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | **Heart Heating & Cooling, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $86,729.85 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,339,582.48 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $250,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,676,312.33 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,676,312.33 |

**Depreciation Detail Listing**

FORM 1120

(This page is not filed with the return. It is for your records only.)

**2021**

PAGE  1

* Item is included in UBIA
for Section 199A calculations.
See "UBIA" in lower right corner.

Name(s) as shown on return

HEART HEATING & COOLING LLC

Social security number/EIN

84-3150326

| No. | Description | Date | Cost | Basis Adjustment | Business percentage | Section 179 | Bonus depreciation | Depreciable Basis | Life | Method | Rate | Prior Depreciation | Current Depreciation | Accumulated Depreciation | AMT Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | OFFICE FURNITURE | 01062020 | 1,909 | | 100.00 | | | 1,909 | 7 | 200 DB HY | 24.49 | 273 | 468 | 741 | |
| 2 | OFFICE FURNITURE | 04292020 | 2,377 | | 100.00 | | | 2,377 | 7 | 200 DB HY | 24.49 | 340 | 582 | 922 | |
| 3 | GLOBAL TEST SUPPLY EQ | 05082020 | 2,858 | | 100.00 | | | 2,858 | 5 | 200 DB HY | 32 | 572 | 915 | 1,487 | |
| 4 | EQUIP FROM AMAZON | 06082020 | 1,176 | | 100.00 | | | 1,176 | 5 | 200 DB HY | 32 | 235 | 376 | 611 | |
| 5 | GLOABL TEST SUPPLY EQ | 06082020 | 13,053 | | 100.00 | | | 13,053 | 5 | 200 DB HY | 32 | 2,611 | 4,177 | 6,788 | |
| 6 | STAY FLAWLESS EQUIPME | 06112020 | 760 | | 100.00 | | | 760 | 5 | 200 DB HY | 32 | 152 | 243 | 395 | |
| 7 | DRAIN CLEANER | 07242020 | 3,042 | | 100.00 | | | 3,042 | 5 | 200 DB HY | 32 | 608 | 973 | 1,581 | |
| 8 | NEW OFFICE LAPTOP | 09082020 | 1,277 | | 100.00 | | | 1,277 | 5 | 200 DB HY | 32 | 255 | 409 | 664 | |
| 9 | 101 DODGE PROMASTER | 01012020 | 45,179 | | 100.00 | | | 45,179 | 5 | 200 DB HY | 32 | 9,036 | 14,457 | 23,493 | |
| 10 | 101 DODGE UPFITTING | 02282020 | 2,829 | | 100.00 | | | 2,829 | 5 | 200 DB HY | 32 | 566 | 905 | 1,471 | |
| 11 | 101 DODGE SUMMIT BODY | 06122020 | 353 | | 100.00 | | | 353 | 5 | 200 DB HY | 32 | 71 | 113 | 184 | |
| 12 | 201 DODGE PROMASTER | 01012020 | 43,052 | | 100.00 | | | 43,052 | 5 | 200 DB HY | 32 | 8,610 | 13,777 | 22,387 | |
| 13 | 201 DODGE IMAGING | 02162020 | 3,178 | | 100.00 | | | 3,178 | 5 | 200 DB HY | 32 | 636 | 1,017 | 1,653 | |
| 14 | 201 DODGE UPFITTING | 03312020 | 3,932 | | 100.00 | | | 3,932 | 5 | 200 DB HY | 32 | 786 | 1,258 | 2,044 | |
| 15 | 201 DODGE SUMMIT BODY | 03122020 | 3,897 | | 100.00 | | | 3,897 | 5 | 200 DB HY | 32 | 779 | 1,247 | 2,026 | |
| 16 | 201 DODGE UPFITTING | 11032020 | 1,576 | | 100.00 | | | 1,576 | 5 | 200 DB HY | 32 | 315 | 504 | 819 | |
| 17 | 201 DODGE WRAP | 12182020 | 1,077 | | 100.00 | | | 1,077 | 5 | 200 DB HY | 32 | 215 | 345 | 560 | |
| 18 | 202 DODGE PROMASTER | 01012020 | 43,053 | | 100.00 | | | 43,053 | 5 | 200 DB HY | 32 | 8,611 | 13,777 | 22,388 | |
| 19 | 202 DODGE UPFITTING | 02162020 | 3,897 | | 100.00 | | | 3,897 | 5 | 200 DB HY | 32 | 779 | 1,247 | 2,026 | |
| 20 | 202 DODGE IMAGING | 03012020 | 3,178 | | 100.00 | | | 3,178 | 5 | 200 DB HY | 32 | 636 | 1,017 | 1,653 | |
| 21 | 202 DODGE MATERIAL FL | 04302020 | 457 | | 100.00 | | | 457 | 5 | 200 DB HY | 32 | 91 | 146 | 237 | |
| 22 | 202 DODGE UPFITTING | 05012020 | 4,382 | | 100.00 | | | 4,382 | 5 | 200 DB HY | 32 | 876 | 1,402 | 2,278 | |
| 23 | 202 DODGE SUMMIT BODY | 06252020 | 162 | | 100.00 | | | 162 | 5 | 200 DB HY | 32 | 32 | 52 | 84 | |
| 24 | 203 DODGE PROMASTER | 01012020 | 52,673 | | 100.00 | | | 52,673 | 5 | 200 DB HY | 32 | 10,535 | 16,855 | 27,390 | |
| 25 | 203 DODGE UPFITTING | 02232020 | 7,536 | | 100.00 | | | 7,536 | 5 | 200 DB HY | 32 | 1,507 | 2,412 | 3,919 | |
| 26 | 203 DODGE IMAGING | 04012020 | 3,179 | | 100.00 | | | 3,179 | 5 | 200 DB HY | 32 | 636 | 1,017 | 1,653 | |
| 27 | 203 DODGE IMAGING | 12232020 | 1,077 | | 100.00 | | | 1,077 | 5 | 200 DB HY | 32 | 215 | 345 | 560 | |
| 28 | 204 DODGE PROMASTER | 06152020 | 42,475 | | 100.00 | | | 42,475 | 5 | 200 DB HY | 32 | 8,495 | 13,592 | 22,087 | |
| 29 | 204 DODGE MATERIAL FL | 06302020 | 457 | | 100.00 | | | 457 | 5 | 200 DB HY | 32 | 91 | 146 | 237 | |
| 30 | 204 DODGE CARGO MAT | 07032020 | 429 | | 100.00 | | | 429 | 5 | 200 DB HY | 32 | 86 | 137 | 223 | |

**Depreciation Detail Listing**

**2021**

* Item is included in UBIA
for Section 199A calculations.
See "UBIA" in lower right corner.

FORM 1120

PAGE   2

(This page is not filed with the return. It is for your records only.)

Name(s) as shown on return

Social security number/EIN

HEART HEATING & COOLING LLC

84-3150326

| No. | Description | Date | Cost | Basis Adjustment | Business percentage | Section 179 | Bonus depreciation | Depreciable Basis | Life | Method | Rate | Prior Depreciation | Current Depreciation | Accumulated Depreciation | AMT Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | 204 DODGE UPFITTING | 07142020 | 9,383 | | 100.00 | | | 9,383 | 5 | 200 DB HY | 32 | 1,877 | 3,003 | 4,880 | |
| 32 | 204 DODGE IMAGING | 07272020 | 3,448 | | 100.00 | | | 3,448 | 5 | 200 DB HY | 32 | 690 | 1,103 | 1,793 | |
| 33 | 205 DODGE PROMASTER | 06182020 | 44,603 | | 100.00 | | | 44,603 | 5 | 200 DB HY | 32 | 8,921 | 14,273 | 23,194 | |
| 34 | 205 DODGE IMAGING | 06182020 | 970 | | 100.00 | | | 970 | 5 | 200 DB HY | 32 | 194 | 310 | 504 | |
| 35 | 205 DODGE MATERIAL FL | 06302020 | 457 | | 100.00 | | | 457 | 5 | 200 DB HY | 32 | 91 | 146 | 237 | |
| 36 | 205 DODGE CARGO MAT | 07032020 | 429 | | 100.00 | | | 429 | 5 | 200 DB HY | 32 | 86 | 137 | 223 | |
| 37 | 205 DODGE SUMMIT BODY | 08052020 | 8,371 | | 100.00 | | | 8,371 | 5 | 200 DB HY | 32 | 1,674 | 2,679 | 4,353 | |
| 38 | 206 DODGE PROMASTER | 07242020 | 40,096 | | 100.00 | | | 40,096 | 5 | 200 DB HY | 32 | 8,019 | 12,831 | 20,850 | |
| 39 | 206 DODGE MATERIAL FL | 07302020 | 457 | | 100.00 | | | 457 | 5 | 200 DB HY | 32 | 91 | 146 | 237 | |
| 40 | 206 DODGE IMAGING | 08202020 | 3,448 | | 100.00 | | | 3,448 | 5 | 200 DB HY | 32 | 690 | 1,103 | 1,793 | |
| 41 | 206 DODGE SUMMIT BODY | 09302020 | 9,897 | | 100.00 | | | 9,897 | 5 | 200 DB HY | 32 | 1,979 | 3,167 | 5,146 | |
| 42 | 207 DODGE PROMASTER | 07242020 | 40,096 | | 100.00 | | | 40,096 | 5 | 200 DB HY | 32 | 8,019 | 12,831 | 20,850 | |
| 43 | 207 DODGE IMAGING | 07242020 | 970 | | 100.00 | | | 970 | 5 | 200 DB HY | 32 | 194 | 310 | 504 | |
| 44 | 207 DODGE MATERIAL FL | 07302020 | 457 | | 100.00 | | | 457 | 5 | 200 DB HY | 32 | 91 | 146 | 237 | |
| 45 | 208 DODGE PROMASTER | 09152020 | 39,328 | | 100.00 | | | 39,328 | 5 | 200 DB HY | 32 | 7,866 | 12,585 | 20,451 | |
| 46 | 208 DODGE IMAGING | 10272020 | 3,448 | | 100.00 | | | 3,448 | 5 | 200 DB HY | 32 | 690 | 1,103 | 1,793 | |
| 47 | 301 DODGE PROMASTER | 05042020 | 48,203 | | 100.00 | | | 48,203 | 5 | 200 DB HY | 32 | 9,641 | 15,425 | 25,066 | |
| 48 | 301 DODGE SUMMIT BODY | 05262020 | 7,907 | | 100.00 | | | 7,907 | 5 | 200 DB HY | 32 | 1,581 | 2,530 | 4,111 | |
| 49 | 301 DODGE MATERIAL FL | 05302020 | 457 | | 100.00 | | | 457 | 5 | 200 DB HY | 32 | 91 | 146 | 237 | |
| 50 | 301 DODGE IMAGING | 06122020 | 970 | | 100.00 | | | 970 | 5 | 200 DB HY | 32 | 194 | 310 | 504 | |
| 51 | 302 DODGE PROMASTER | 05202020 | 48,203 | | 100.00 | | | 48,203 | 5 | 200 DB HY | 32 | 9,641 | 15,425 | 25,066 | |
| 52 | 302 DODGE MATERIAL FL | 05302020 | 457 | | 100.00 | | | 457 | 5 | 200 DB HY | 32 | 91 | 146 | 237 | |
| 53 | 302 DODGE UPFITTING | 06172020 | 8,196 | | 100.00 | | | 8,196 | 5 | 200 DB HY | 32 | 1,639 | 2,623 | 4,262 | |
| 54 | 302 DODGE IMAGING | 06172020 | 970 | | 100.00 | | | 970 | 5 | 200 DB HY | 32 | 194 | 310 | 504 | |
| 55 | 302 DODGE SUMMIT BODY | 06192020 | 5,000 | | 100.00 | | | 5,000 | 5 | 200 DB HY | 32 | 1,000 | 1,600 | 2,600 | |
| 56 | 303 DODGE PROMASTER | 05082020 | 50,524 | | 100.00 | | | 50,524 | 5 | 200 DB HY | 32 | 10,105 | 16,168 | 26,273 | |
| 57 | 303 DODGE IMAGING | 05272020 | 970 | | 100.00 | | | 970 | 5 | 200 DB HY | 32 | 194 | 310 | 504 | |
| 58 | 303 DODGE UPFITTING | 07012020 | 8,439 | | 100.00 | | | 8,439 | 5 | 200 DB HY | 32 | 1,688 | 2,700 | 4,388 | |
| 59 | 303 DODGE IMAGING | 09042020 | 3,987 | | 100.00 | | | 3,987 | 5 | 200 DB HY | 32 | 797 | 1,276 | 2,073 | |
| 60 | 304 DODGE PROMASTER | 05082020 | 50,524 | | 100.00 | | | 50,524 | 5 | 200 DB HY | 32 | 10,105 | 16,168 | 26,273 | |

| * Item is included in UBIA for Section 199A calculations. See "UBIA" in lower right corner. | **Depreciation Detail Listing**<br>FORM 1120<br>(This page is not filed with the return. It is for your records only.) | **2021**<br>PAGE  3 |
|---|---|---|

| Name(s) as shown on return | Social security number/EIN |
|---|---|
| HEART HEATING & COOLING LLC | 84-3150326 |

| No. | Description | Date | Cost | Basis Adjustment | Business percentage | Section 179 | Bonus depreciation | Depreciable Basis | Life | Method | Rate | Prior Depreciation | Current Depreciation | Accumulated Depreciation | AMT Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61 | 304 DODGE UPFITTING | 06122020 | 8,196 | | 100.00 | | | 8,196 | 5 | 200 DB HY | 32 | 1,639 | 2,623 | 4,262 | |
| 62 | 305 DODGE PROMASTER | 06052020 | 45,766 | | 100.00 | | | 45,766 | 5 | 200 DB HY | 32 | 9,153 | 14,645 | 23,798 | |
| 63 | 305 DODGE MATERIAL FL | 06302020 | 457 | | 100.00 | | | 457 | 5 | 200 DB HY | 32 | 91 | 146 | 237 | |
| 64 | 305 DODGE SUMMIT BODY | 07172020 | 8,610 | | 100.00 | | | 8,610 | 5 | 200 DB HY | 32 | 1,722 | 2,755 | 4,477 | |
| 65 | 305 DODGE IMAGING | 08102020 | 3,987 | | 100.00 | | | 3,987 | 5 | 200 DB HY | 32 | 797 | 1,276 | 2,073 | |
| 66 | 306 DODGE PROMASTER | 06162020 | 60,765 | | 100.00 | | | 60,765 | 5 | 200 DB HY | 32 | 12,153 | 19,445 | 31,598 | |
| 67 | 306 DODGE MATERIAL FL | 06302020 | 457 | | 100.00 | | | 457 | 5 | 200 DB HY | 32 | 91 | 146 | 237 | |
| 68 | 306 DODGE UPFITTING | 08202020 | 8,679 | | 100.00 | | | 8,679 | 5 | 200 DB HY | 32 | 1,736 | 2,777 | 4,513 | |
| 69 | 209 NISSAN NV200 | 11132020 | 36,867 | | 100.00 | | | 36,867 | 5 | 200 DB HY | 32 | 7,373 | 11,797 | 19,170 | |
| 70 | 210 NISSAN NV200 | 11132020 | 36,867 | | 100.00 | | | 36,867 | 5 | 200 DB HY | 32 | 7,373 | 11,797 | 19,170 | |
| 71 | 211 NISSAN NV200 | 11242020 | 36,867 | | 100.00 | | | 36,867 | 5 | 200 DB HY | 32 | 7,373 | 11,797 | 19,170 | |
| 72 | 212 NISSAN NV200 | 11132020 | 40,929 | | 100.00 | | | 40,929 | 5 | 200 DB HY | 32 | 8,186 | 13,097 | 21,283 | |
| 73 | REFRIGERATOR | 09202020 | 205 | | 100.00 | | | 205 | 7 | 200 DB HY | 24.49 | 29 | 50 | 79 | |
| 74 | WEBSITE COSTS | 12312020 | 31,071 | | 100.00 | | | 31,071 | 3 | S/L | 33.3333 | 863 | 10,357 | 11,220 | |
| 75 | UNIFORMS AND DROPCLOT | 12312020 | 10,862 | | 100.00 | | | 10,862 | 7 | 200 DB HY | 24.49 | 1,552 | 2,660 | 4,212 | |
| 76 | TOOLS AND EQUIPMENT | 12312020 | 2,538 | | 100.00 | | | 2,538 | 7 | 200 DB HY | 24.49 | 363 | 622 | 985 | |
| 77 | 7 LAPTOPS | 06012021 | 15,630 | | 100.00 | | | 15,630 | 5 | 200 DB MQ | 25 | | 3,908 | 3,908 | |
| 78 | LITTLE GIANT LADDERS | 07012021 | 4,095 | | 100.00 | | | 4,095 | 7 | 200 DB MQ | 10.71 | | 439 | 439 | |
| 79 | 20 APPLIANCE DOLLIES | 07012021 | 7,335 | | 100.00 | | | 7,335 | 7 | 200 DB MQ | 10.71 | | 786 | 786 | |
| 80 | LAPTOP - CODY (TAG 12 | 08182021 | 796 | | 100.00 | | | 796 | 5 | 200 DB MQ | 15 | | 119 | 119 | |
| 81 | WALL DIVIDERS | 08202021 | 1,200 | | 100.00 | | | 1,200 | 7 | 200 DB MQ | 10.71 | | 129 | 129 | |
| 82 | LAPTOP | 08232021 | 762 | | 100.00 | | | 762 | 5 | 200 DB MQ | 15 | | 114 | 114 | |
| 83 | TABLETS | 01252021 | 905 | | 100.00 | | | 905 | 5 | 200 DB MQ | 35 | | 317 | 317 | |
| 84 | EQUIPMENT ON TRUCKS | 12312021 | 63,798 | | 100.00 | | | 63,798 | 7 | 200 DB MQ | 3.57 | | 2,278 | 2,278 | |
| 85 | 18 PORTABLE AC UNITS | 07012021 | 9,379 | | 100.00 | | | 9,379 | 7 | 200 DB MQ | 10.71 | | 1,004 | 1,004 | |
| 86 | TOOLS & EQUIP ON TRUC | 12312021 | 64,011 | | 100.00 | | | 64,011 | 7 | 200 DB MQ | 3.57 | | 2,285 | 2,285 | |
| 87 | UNIFORMS AND DROP CLO | 12312021 | 46,337 | | 100.00 | | | 46,337 | 7 | 200 DB MQ | 3.57 | | 1,654 | 1,654 | |
| 88 | 207 DODGE UPFITTING | 03292021 | 9,614 | | 100.00 | | | 9,614 | 5 | 200 DB MQ | 35 | | 3,365 | 3,365 | |
| 89 | 208 DODGE UPFITTING | 01182021 | 9,438 | | 100.00 | | | 9,438 | 5 | 200 DB MQ | 35 | | 3,303 | 3,303 | |
| 90 | 303 DODGE RE-WRAP | 02062021 | 3,987 | | 100.00 | | | 3,987 | 5 | 200 DB MQ | 35 | | 1,395 | 1,395 | |

* Item is included in UBIA
for Section 199A calculations.
See "UBIA" in lower right corner.

# Depreciation Detail Listing

**2021**

FORM 1120

PAGE 4

(This page is not filed with the return. It is for your records only.)

Name(s) as shown on return

Social security number/EIN

HEART HEATING & COOLING LLC

84-3150326

| No. | Description | Date | Cost | Basis Adjustment | Business percentage | Section 179 | Bonus depreciation | Depreciable Basis | Life | Method | Rate | Prior Depreciation | Current Depreciation | Accumulated Depreciation | AMT Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 91 | 304 DODGE WRAP | 09132021 | 2,995 | | 100.00 | | | 2,995 | 5 | 200 DB MQ | 15 | | 449 | 449 | |
| 92 | 305 DODGE WRAP | 09132021 | 2,995 | | 100.00 | | | 2,995 | 5 | 200 DB MQ | 15 | | 449 | 449 | |
| 93 | 306 DODGE WRAP | 09132021 | 2,995 | | 100.00 | | | 2,995 | 5 | 200 DB MQ | 15 | | 449 | 449 | |
| 94 | CHEVY SPARK | 01012021 | 7,100 | | 100.00 | | | 7,100 | 5 | 200 DB MQ | 35 | | 2,485 | 2,485 | |
| 95 | 213 DODGE PROMASTER | 12312021 | 49,961 | | 100.00 | | | 49,961 | 5 | 200 DB MQ | 5 | | 2,498 | 2,498 | |
| 96 | 214 DODGE PROMASTER | 12312021 | 45,020 | | 100.00 | | | 45,020 | 5 | 200 DB MQ | 5 | | 2,251 | 2,251 | |
| 97 | 307 FORD TRANSIT | 12312021 | 62,847 | | 100.00 | | | 62,847 | 5 | 200 DB MQ | 5 | | 3,142 | 3,142 | |
| 98 | 308 FORD TRANSIT | 12312021 | 63,449 | | 100.00 | | | 63,449 | 5 | 200 DB MQ | 5 | | 3,172 | 3,172 | |
| 99 | 309 FORD TRANSIT | 12312021 | 65,127 | | 100.00 | | | 65,127 | 5 | 200 DB MQ | 5 | | 3,256 | 3,256 | |
| 100 | 310 FORD TRANSIT | 12312021 | 61,314 | | 100.00 | | | 61,314 | 5 | 200 DB MQ | 5 | | 3,066 | 3,066 | |
| 101 | 311 FORD TRANSIT | 12312021 | 51,641 | | 100.00 | | | 51,641 | 5 | 200 DB MQ | 5 | | 2,582 | 2,582 | |
| 102 | 312 FORD TRANSIT | 12312021 | 51,641 | | 100.00 | | | 51,641 | 5 | 200 DB MQ | 5 | | 2,582 | 2,582 | |
| 103 | 313 FORD TRANSIT | 12312021 | 40,490 | | 100.00 | | | 40,490 | 5 | 200 DB MQ | 5 | | 2,025 | 2,025 | |
| 104 | 314 DODGE PROMASTER | 12312021 | 41,615 | | 100.00 | | | 41,615 | 5 | 200 DB MQ | 5 | | 2,081 | 2,081 | |
| 105 | 315 DODGE PROMASTER | 12312021 | 39,101 | | 100.00 | | | 39,101 | 5 | 200 DB MQ | 5 | | 1,955 | 1,955 | |
| 106 | 316 DODGE PROMASTER | 12312021 | 41,351 | | 100.00 | | | 41,351 | 5 | 200 DB MQ | 5 | | 2,068 | 2,068 | |
| 107 | 402 DODGE PICKUP | 12312021 | 33,472 | | 100.00 | | | 33,472 | 5 | 200 DB MQ | 5 | | 1,674 | 1,674 | |
| 108 | SEO DEVELOPMENT | 12312021 | 6,400 | | 100.00 | | | 6,400 | 3 | S/L | 2.7778 | | 178 | 178 | |
| 109 | WEBSITE DEVELOPMENT | 12312021 | 37,600 | | 100.00 | | | 37,600 | 3 | S/L | 2.7778 | | 1,044 | 1,044 | |
| 110 | COMPANY BRANDING | 12312021 | 300,927 | | 100.00 | | | 300,927 | 15 | AMT-197 | .5556 | | 1,672 | 1,672 | |
| 111 | LOAN FEES | 09012021 | 791,258 | | 100.00 | | | 791,258 | 1 | AMT-461 | 33.3333 | | 256,450 | 256,450 | |
| | Totals | | 3,104,854 | | | | | 3,104,854 | | | | 207,277 | 657,535 | 864,812 | |

Land Amount
Net Depreciable Cost     3,104,854

CY 179 and CY Bonus
TOTAL CY Depr including 179/bonus    657,535

ST ADJ:

**Fill in this information to identify the case:**

Debtor name   **Heart Heating & Cooling, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

---

**2.1   Ally Financial**
Creditor's Name

**PO  Box 9001948
Louisville, KY 40290**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
12/2020
Last 4 digits of account number
4932**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2020 Ram Promaster 2500 (VIN xxx6239)**

**Describe the lien**
**Automobile Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| $32,289.54 | $28,807.00 |
|---|---|

---

**2.2   Ally Financial**
Creditor's Name

**PO Box 9001948
Louisville, KY 40290**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
12/2020
Last 4 digits of account number
4932**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2020 Ram Promaster 2500 (VIN xxx7900)**

**Describe the lien**
**Auto Lease**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

| $32,302.18 | $0.00 |
|---|---|

---

| Debtor | **Heart Heating & Cooling, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ally Financial** | Describe debtor's property that is subject to a lien | $30,096.40 | $28,807.00 |
|---|---|---|---|---|
| | Creditor's Name | **2020 Ram Promaster 2500 (VIN xxx7896)** | | |

**PO Box 9001948**
**Louisville, KY 40290**

Creditor's mailing address

**Describe the lien**
**Automobile Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/2020**

**Last 4 digits of account number**
**4937**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Chrysler Capital** | Describe debtor's property that is subject to a lien | $35,696.49 | $33,065.00 |
|---|---|---|---|---|
| | Creditor's Name | **2020 Ram Promaster 3500 (VIN xxx6243)** | | |

**PO Box 660335**
**Dallas, TX 75266**

Creditor's mailing address

**Describe the lien**
**Automobile Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/2020**

**Last 4 digits of account number**
**7214**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Chrysler Capital** | Describe debtor's property that is subject to a lien | $35,696.49 | $23,825.00 |
|---|---|---|---|---|
| | Creditor's Name | **2020 Ram Promaster 3500 (VIN xxx6242)** | | |

**PO Box 660335**
**Dallas, TX 75266-0335**

Creditor's mailing address

**Describe the lien**
**Automobile Loan**

**Is the creditor an insider or related party?**
■ No

---

Debtor    **Heart Heating & Cooling, LLC**        Case number (if known) _____

Name

---

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**5/2020**

☑ No

**Last 4 digits of account number**
**5917**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Chrysler Capital** | Describe debtor's property that is subject to a lien | $32,992.92 | $28,807.00 |
|---|---|---|---|---|

Creditor's Name

**2020 Ram Promaster 3500 (VIN xxx6236)**

**PO Box 660335**
**Dallas, TX 75266-0335**

Creditor's mailing address

**Describe the lien**
**Automobile Loan**

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**5/2020**

☑ No

**Last 4 digits of account number**
**7541**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Chrysler Capital** | Describe debtor's property that is subject to a lien | $35,852.30 | $28,766.00 |
|---|---|---|---|---|

Creditor's Name

**2020 Ram Promaster 35000 (VIN xxx6237)**

**PO Box 660335**
**Dallas, TX 75266-0335**

Creditor's mailing address

**Describe the lien**
**Automobile Loan**

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**5/2020**

☑ No

**Last 4 digits of account number**
**5415**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| Debtor | Heart Heating & Cooling, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.8 | **Citi Financial (Direct Capital)** | Describe debtor's property that is subject to a lien | $158,346.84 | $0.00 |

Creditor's Name

**Business Lease (Repo)**

**PO Box 856502**
**Des Moines, IA 50306**

Creditor's mailing address

Describe the lien
**Secured Lease**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

Date debt was incurred
**2023**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**8866**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Cloudfund LLC** | Describe debtor's property that is subject to a lien | $447,900.00 | Unknown |

Creditor's Name

**90 days or less: Accounts Receivable**

**400 Rella Blvd, Suite 165-101**
**Suffern, NY 10901**

Creditor's mailing address

Describe the lien
**Business Loan**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

Date debt was incurred
**January 2023**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.10 | **Everest Business Funding** | Describe debtor's property that is subject to a lien | $196,075.00 | $0.00 |

Creditor's Name

**Short Term Business Loan**

**8200 NW 52nd Terrace, 2nd Fl**
**Doral, FL 33166**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

Date debt was incurred
**8/2022**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Debtor   **Heart Heating & Cooling, LLC**                                    Case number (if known)
_____
Name

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ■ Disputed |

---

| 2.1 1 | **Ford Motor Credit** | **Describe debtor's property that is subject to a lien** | $62,969.96 | $33,822.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 650573**
**Dallas, TX 75265**

Creditor's mailing address

**2020 Ford Transit-250 Cargo (VIN xxx9715)**

**Describe the lien**
**Automobile Loan**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/2023**

**Last 4 digits of account number**
**9157**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Ford Motor Credit** | **Describe debtor's property that is subject to a lien** | $67,277.42 | $48,572.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 650573**
**Dallas, TX 75265**

Creditor's mailing address

**2020 Ford Transit 250 Cargo (VIn XXX9254)**

**Describe the lien**
**Automobile Loan**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/2022**

**Last 4 digits of account number**
**2831**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Ford Motor Credit** | **Describe debtor's property that is subject to a lien** | $74,652.02 | $47,775.00 |
|---|---|---|---|---|

Debtor    **Heart Heating & Cooling, LLC**                                    Case number (if known) _____
_____
                    Name

Creditor's Name                              **2020 Ford Transit 250 Cargo (VIN xxx9339)**
_____

**PO Box 650573**
**Dallas, TX 75265**
_____
Creditor's mailing address                   **Describe the lien**
                                             **Automobile Loan**
                                             **Is the creditor an insider or related party?**
_____           ■ No
Creditor's email address, if known           ☐ Yes
                                             **Is anyone else liable on this claim?**

**Date debt was incurred**                   ■ No
**10/2022**                                  ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**2686**
**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply
■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative     ☐ Disputed
priority.

---

| 2.1 4 | **Ford Motor Credit** | **Describe debtor's property that is subject to a lien** | $72,446.99 | $40,618.00 |

Creditor's Name                              **2020 Ford Transit 250 Cargo (VIN xxx1246)**
_____

**PO Box 650573**
**Dallas, TX 75265**
_____
Creditor's mailing address                   **Describe the lien**
                                             **Automobile Loan**
                                             **Is the creditor an insider or related party?**
_____           ■ No
Creditor's email address, if known           ☐ Yes
                                             **Is anyone else liable on this claim?**

**Date debt was incurred**                   ■ No
**10/2022**                                  ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**3029**
**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply
■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative     ☐ Disputed
priority.

---

| 2.1 5 | **Ford Motor Credit** | **Describe debtor's property that is subject to a lien** | $72,814.33 | $37,007.00 |

Creditor's Name                              **2020 Ford Transit 250 Cargo (VIN xxx4889)**
_____

**PO Box 650573**
**Dallas, TX 75265**
_____
Creditor's mailing address                   **Describe the lien**
                                             **Auto Lease**
                                             **Is the creditor an insider or related party?**
_____           ■ No
Creditor's email address, if known           ☐ Yes
                                             **Is anyone else liable on this claim?**

**Date debt was incurred**                   ■ No
**10/2022**                                  ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**2511**

---

Debtor  **Heart Heating & Cooling, LLC**

Name

Case number (if known) _____

---

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.16 | **Ford Motor Credit** | | | $72,502.43 | $41,379.00 |
|---|---|---|---|---|---|

Creditor's Name

**PO Box 62180
Colorado Springs, CO 80962**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**8/2022**
**Last 4 digits of account number**
**9154**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2020 Ford Transit 250 Cargo (VIN xxx4917)**

**Describe the lien**
**Automobile Loan**
**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.17 | **Ford Motor Credit** | | | $65,527.05 | $32,919.00 |
|---|---|---|---|---|---|

Creditor's Name

**PO Box 650573
Dallas, TX 75265**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**8/2022**
**Last 4 digits of account number**
**9161**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2020 Ford Transit 250 Cargo (VIN xxx7389)**

**Describe the lien**
**Automobile Loan**
**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.18 | **Fox Business Funding** | | | $128,078.54 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**600 York Ter
Naples, FL 34109**

**Describe debtor's property that is subject to a lien**
**Business Funding**

---

| Debtor | **Heart Heating & Cooling, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Creditor's mailing address**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**8/2022**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Unliquidated

■ Disputed

---

| 2.19 | **Leasing Associates** | | **Describe debtor's property that is subject to a lien** | **$63,192.68** | **$43,608.00** |
|---|---|---|---|---|---|
| | Creditor's Name | | **Leasing Associates 2022 Transit (VIN xxx1004)** | | |

**PO Box 203174**
**Dallas, TX 75320**

Creditor's mailing address

**Describe the lien**
**Auto Lease**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**2022**

**Last 4 digits of account number**

**1002**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.20 | **Leasing Associates** | | **Describe debtor's property that is subject to a lien** | **$63,192.68** | **$43,608.00** |
|---|---|---|---|---|---|
| | Creditor's Name | | **Leasing Associates Transit (VIN xxx0487)** | | |

**PO Box 203174**
**Dallas, TX 75320**

Creditor's mailing address

**Describe the lien**
**Auto Lease**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**2022**

**Last 4 digits of account number**

**1001**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  8 of 30

| Debtor | **Heart Heating & Cooling, LLC** | Case number (if known) | |
|--------|----------------------------------|-----------------------|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 1 | **Leasing Associates** | Describe debtor's property that is subject to a lien | $63,205.75 | $42,077.00 |
|-------|------------------------|-----|---|---|

Creditor's Name

**Leasing Associates 2022 Transit (VIN 0778)**

**PO Box 203174
Dallas, TX 75320**

Creditor's mailing address

**Describe the lien**
**Auto Lease**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**2022**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**9015**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | **Leasing Associates** | Describe debtor's property that is subject to a lien | $63,208.75 | $42,077.00 |
|-------|------------------------|-----|---|---|

Creditor's Name

**Leasing Associates 2022 Transit (VIN xxx0789)**

**PO Box 203174
Dallas, TX 75320**

Creditor's mailing address

**Describe the lien**
**Auto Lease**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**2022**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1006**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 3 | **Leasing Associates** | Describe debtor's property that is subject to a lien | $63,208.75 | $42,077.00 |
|-------|------------------------|-----|---|---|

Creditor's Name

**Leasing Associates 2022 Transit (VIN xxx0974)**

**PO Box 203174
Dallas, TX 75320**

Creditor's mailing address

**Describe the lien**
**Auto Lease**

| Debtor | **Heart Heating & Cooling, LLC** | Case number (if known) | |
| | Name | | |

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2022**
**Last 4 digits of account number**
**1004**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 4 | **Leasing Associates** | Describe debtor's property that is subject to a lien | $63,192.68 | $43,608.00 |

Creditor's Name

**PO Box 203174
Dallas, TX 75320**

Creditor's mailing address

**Leasing Associates 2022 Ford Transit 250 (VIN xxx1171)**

**Describe the lien**
**Auto Lease**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2022**
**Last 4 digits of account number**
**1003**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 5 | **Libertas Funding, LLC** | Describe debtor's property that is subject to a lien | $1,034,120.27 | $0.00 |

Creditor's Name

**c/o Joshua L. Lee
Bennett Tueller Johnson & Deere
3165 East Millrock Drive, Suite 500
Salt Lake City, UT 84121**

Creditor's mailing address

**Civil Lawsuit Judgment**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | Heart Heating & Cooling, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

☐ Contingent
☐ Unliquidated
■ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**2.2 6**

**Michael M. Massa**
Creditor's Name

**14590 E. Florida Ave.**
**Aurora, CO 80012**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**5/2023**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**7801 W. Colfax Avenue**

Describe the lien
**Lease**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$55,040.62**          **Unknown**

---

**2.2 7**

**Mike Albert**
Creditor's Name

**PO Box 643220**
**Cincinnati, OH 45264**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2018 Nissan Nv Cargo Nv 2500 Hd (Vin xxx5079)**

Describe the lien
**Auto Lease**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$37,752.00**          **Unknown**

---

**2.2 8**

**Mike Albert**
Creditor's Name

**PO Box 643220**
**Cincinnati, OH 45264**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2018 Nissan Nv Cargo Nv2500 Hd (VIN xxx6325)**

Describe the lien
**Auto Lease**

**$36,300.00**          **$29,217.00**

---

Debtor    **Heart Heating & Cooling, LLC**                                    Case number (if known) _____
                 Name

|  | Is the creditor an insider or related party? |
|---|---|
| Creditor's email address, if known | ■ No |
|  | ☐ Yes |
|  | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **11/2020** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** |  |
| **1246** | **As of the petition filing date, the claim is:** |
| **Do multiple creditors have an interest in the same property?** | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
|  | ☐ Disputed |

---

| 2.2 9 | **Mike Albert** | Describe debtor's property that is subject to a lien | $36,300.00 | $37,817.00 |
|---|---|---|---|---|
|  | Creditor's Name | **2018 Nissan Nv Cargo Nv2500 Hd (VIN xxx7560)** |  |  |
|  | **PO Box 643220** | |  |  |
|  | **Cincinnati, OH 45264** | |  |  |
|  | Creditor's mailing address | **Describe the lien** |  |  |
|  |  | **Auto Lease** |  |  |
|  |  | Is the creditor an insider or related party? |  |  |
|  | Creditor's email address, if known | ■ No |  |  |
|  |  | ☐ Yes |  |  |
|  |  | **Is anyone else liable on this claim?** |  |  |
|  | **Date debt was incurred** | ■ No |  |  |
|  | **11/2020** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |  |  |
|  | **Last 4 digits of account number** |  |  |  |
|  | **1245** | **As of the petition filing date, the claim is:** |  |  |
|  | **Do multiple creditors have an interest in the same property?** | Check all that apply |  |  |
|  | ■ No | ☐ Contingent |  |  |
|  | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |  |  |
|  |  | ☐ Disputed |  |  |

---

| 2.3 0 | **Mike Albert** | Describe debtor's property that is subject to a lien | $40,300.00 | $30,221.00 |
|---|---|---|---|---|
|  | Creditor's Name | **2020 Nissan Nv Cargo Nv 2500 Hd (VIN xxx4049)** |  |  |
|  | **PO Box 643220** | |  |  |
|  | **Cincinnati, OH 45264** | |  |  |
|  | Creditor's mailing address | **Describe the lien** |  |  |
|  |  | **Auto Lease** |  |  |
|  |  | Is the creditor an insider or related party? |  |  |
|  | Creditor's email address, if known | ■ No |  |  |
|  |  | ☐ Yes |  |  |
|  |  | **Is anyone else liable on this claim?** |  |  |
|  | **Date debt was incurred** | ■ No |  |  |
|  |  | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |  |  |
|  | **Last 4 digits of account number** |  |  |  |
|  |  | **As of the petition filing date, the claim is:** |  |  |
|  | **Do multiple creditors have an interest in the same property?** | Check all that apply |  |  |

---

| Debtor | **Heart Heating & Cooling, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 1 | **Mike Albert** | Describe debtor's property that is subject to a lien | $35,300.00 | $34,739.00 |
|---|---|---|---|---|
| | Creditor's Name | **2021 Ram Promaster 2500 (VIN xxx3581)** | | |

**PO Box 643220**
**Cincinnati, OH 45264**

Creditor's mailing address

Describe the lien
**Auto Lease**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/2021**
**Last 4 digits of account number**
**4375**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 2 | **Mike Albert** | Describe debtor's property that is subject to a lien | $35,300.00 | $35,848.00 |
|---|---|---|---|---|
| | Creditor's Name | **2021 Ram Promaster 2500 (VIN xxx8062)** | | |

**PO Box 643220**
**Cincinnati, OH 45264**

Creditor's mailing address

Describe the lien
**Auto Lease**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/2021**
**Last 4 digits of account number**
**4374**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 3 | **Mike Albert** | Describe debtor's property that is subject to a lien | $45,100.00 | $40,027.00 |
|---|---|---|---|---|
| | Creditor's Name | **2021 Ford Transit 250 Cargo (VIN #7878)** | | |

**PO Box 643220**
**Cincinnati, OH 45264**

Creditor's mailing address

Describe the lien
**Auto Lease**

Debtor  **Heart Heating & Cooling, LLC**                              Case number (if known) _____
_____
Name

_____        Is the creditor an insider or related party?
Creditor's email address, if known       ■ No
                                          ☐ Yes
                                          Is anyone else liable on this claim?
**Date debt was incurred**                ■ No
**7/2021**                                ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**
**7435**                                  As of the petition filing date, the claim is:
**Do multiple creditors have an**         Check all that apply
**interest in the same property?**        ☐ Contingent
■ No                                      ☐ Unliquidated
☐ Yes. Specify each creditor,            ☐ Disputed
including this creditor and its relative
priority.

---

| 2.3 4 | **Mike Albert** | Describe debtor's property that is subject to a lien | $45,100.00 | $43,928.00 |

Creditor's Name                          **2020 Ford Transit 250 Cargo (VIN 6011)**

**PO Box 643220**
**Cincinnati, OH 45264**
Creditor's mailing address               **Describe the lien**
                                         **Auto Lease**
                                         Is the creditor an insider or related party?
                                         ■ No
_____         ☐ Yes
Creditor's email address, if known       Is anyone else liable on this claim?

**Date debt was incurred**               ■ No
**7/2021**                               ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**
**8065**                                 As of the petition filing date, the claim is:
**Do multiple creditors have an**        Check all that apply
**interest in the same property?**       ☐ Contingent
■ No                                      ☐ Unliquidated
☐ Yes. Specify each creditor,            ☐ Disputed
including this creditor and its relative
priority.

---

| 2.3 5 | **Mike Albert** | Describe debtor's property that is subject to a lien | $48,100.00 | $45,941.00 |

Creditor's Name                          **2020 Ford Transit 250 Cargo (VIN xxx7960)**

**PO Box 643220**
**Cincinnati, OH 45264**
Creditor's mailing address               **Describe the lien**
                                         **Auto Lease**
                                         Is the creditor an insider or related party?
                                         ■ No
_____         ☐ Yes
Creditor's email address, if known       Is anyone else liable on this claim?

**Date debt was incurred**               ■ No
**7/2021**                               ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**
**7436**                                 As of the petition filing date, the claim is:
**Do multiple creditors have an**        Check all that apply
**interest in the same property?**

---

| Debtor | **Heart Heating & Cooling, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 6 | **Mike Albert** | Describe debtor's property that is subject to a lien | $50,200.00 | $49,886.00 |
|---|---|---|---|---|
| | Creditor's Name | **2021 Ford Transit 350 Cargo (VIN xxx3948)** | | |

**PO Box 643220
Cincinnati, OH 45264**

Creditor's mailing address

Describe the lien
**Auto Lease**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
12/2021
Last 4 digits of account number
2117**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 7 | **Mike Albert** | Describe debtor's property that is subject to a lien | $48,200.00 | $47,662.00 |
|---|---|---|---|---|
| | Creditor's Name | **2021 Ford Transit 350 Cargo (VIN xxx3949)** | | |

**PO Box 643220
Cincinnati, OH 45264**

Creditor's mailing address

Describe the lien
**Auto Lease**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
12/2021
Last 4 digits of account number
2116**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 8 | **Mike Albert** | Describe debtor's property that is subject to a lien | $38,783.00 | $28,420.00 |
|---|---|---|---|---|
| | Creditor's Name | **2018 Ram Promaster 2500 (VIN xxx1830)** | | |

**PO Box 643220
Cincinnati, OH 45264**

Creditor's mailing address

Describe the lien
**Auto Lease**

---

Debtor   **Heart Heating & Cooling, LLC**                                    Case number (if known) _____
         Name

|  | Is the creditor an insider or related party? |
|---|---|
| Creditor's email address, if known | ☑ No |
|  | ☐ Yes |
|  | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☑ No |
| **12/2021** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** |  |
| **7479** | **As of the petition filing date, the claim is:** |
| **Do multiple creditors have an interest in the same property?** | Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
|  | ☐ Disputed |

---

| 2.3 9 | **Mike Albert** | Describe debtor's property that is subject to a lien | $39,371.00 | $29,318.00 |
|---|---|---|---|---|
|  | Creditor's Name | **2018 Ram Promaster 2500 (VIN xxx1827)** |  |  |
|  | **PO Box 643220** |  |  |  |
|  | **Cincinnati, OH 45264** |  |  |  |
|  | Creditor's mailing address | **Describe the lien** |  |  |
|  |  | **Auto Lease** |  |  |
|  |  | Is the creditor an insider or related party? |  |  |
|  | Creditor's email address, if known | ☑ No |  |  |
|  |  | ☐ Yes |  |  |
|  |  | **Is anyone else liable on this claim?** |  |  |
|  | **Date debt was incurred** | ☑ No |  |  |
|  | **12/2021** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |  |  |
|  | **Last 4 digits of account number** |  |  |  |
|  | **7477** | **As of the petition filing date, the claim is:** |  |  |
|  | **Do multiple creditors have an interest in the same property?** | Check all that apply |  |  |
|  | ☑ No | ☐ Contingent |  |  |
|  | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |  |  |
|  |  | ☐ Disputed |  |  |

---

| 2.4 0 | **Mike Albert** | Describe debtor's property that is subject to a lien | $54,159.03 | $0.00 |
|---|---|---|---|---|
|  | Creditor's Name | **2018 Ram Promaster (VIN xxx1831)** |  |  |
|  | **PO Box 643220** |  |  |  |
|  | **Cincinnati, OH 45264** |  |  |  |
|  | Creditor's mailing address | **Describe the lien** |  |  |
|  |  | **Auto Lease** |  |  |
|  |  | Is the creditor an insider or related party? |  |  |
|  | Creditor's email address, if known | ☑ No |  |  |
|  |  | ☐ Yes |  |  |
|  |  | **Is anyone else liable on this claim?** |  |  |
|  | **Date debt was incurred** | ☑ No |  |  |
|  |  | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |  |  |
|  | **Last 4 digits of account number** |  |  |  |
|  |  | **As of the petition filing date, the claim is:** |  |  |
|  | **Do multiple creditors have an interest in the same property?** | Check all that apply |  |  |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 16 of 30

| Debtor | **Heart Heating & Cooling, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 1 | **Mike Albert** | Describe debtor's property that is subject to a lien | $68,824.79 | $46,121.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 643220
Cincinnati, OH 45264**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**2022 Ford Transit 350 Cargo (VIN xxx0141)**

**Describe the lien**
**Auto Lease**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/2022**

**Last 4 digits of account number**
**0726**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 2 | **Mike Albert** | Describe debtor's property that is subject to a lien | $55,137.62 | $45,326.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 643220
Cincinnati, OH 45264**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**2022 Ford Transit 350 Cargo (VIN xxx0142)**

**Describe the lien**
**Auto Lease**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/2022**

**Last 4 digits of account number**
**0727**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 3 | **Mike Albert** | Describe debtor's property that is subject to a lien | $71,170.26 | $52,464.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 643220
Cincinnati, OH 45264**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2022 Ford Transit 350 Cargo (VIN xxx0146)**

**Describe the lien**
**Auto Lease**

---

Debtor  **Heart Heating & Cooling, LLC**
_____    Case number (if known) _____
        Name

|  | Is the creditor an insider or related party? |
|---|---|
| _____ | ■ No |
| Creditor's email address, if known | ☐ Yes |
|  | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **4/2022** | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) |
| **Last 4 digits of account number** |  |
| **1783** | **As of the petition filing date, the claim is:** |
| **Do multiple creditors have an interest in the same property?** | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
|  | ☐ Disputed |

---

| 2.4 4 | **Mike Albert** | Describe debtor's property that is subject to a lien | $55,108.22 | $53,253.00 |
|---|---|---|---|---|

Creditor's Name  **2022 Ford Transit 350 Cargo (VIN xxx0145)**

**PO Box 643220**
**Cincinnati, OH 45264**
Creditor's mailing address

**Describe the lien**
**Auto Lease**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**4/2022**
**Last 4 digits of account number**
**1784**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 5 | **Mike Albert** | Describe debtor's property that is subject to a lien | $55,386.94 | $51,814.00 |
|---|---|---|---|---|

Creditor's Name  **2022 Ford Transit 250 Cargo (VIN xxx0137)**

**PO Box 643220**
**Cincinnati, OH 45264**
Creditor's mailing address

**Describe the lien**
**Auto Lease**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**4/2022**
**Last 4 digits of account number**
**1921**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

---

| Debtor | Heart Heating & Cooling, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 6 | **Mike Albert** | Describe debtor's property that is subject to a lien | $57,773.26 | $43,779.00 |
|---|---|---|---|---|
| | Creditor's Name | **2022 Ram Promaster 2500 (VIN xxx1429)** | | |

**PO Box 643220**
**Cincinnati, OH 45264**

Creditor's mailing address

**Describe the lien**
**Auto Lease**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**6/2022**

**Last 4 digits of account number**
**2748**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 7 | **Mike Albert** | Describe debtor's property that is subject to a lien | $57,477.17 | $42,155.00 |
|---|---|---|---|---|
| | Creditor's Name | **2022 Ram Promaster 2500 (VIN xxx1430)** | | |

**PO Box 643220**
**Cincinnati, OH 45264**

Creditor's mailing address

**Describe the lien**
**Auto Lease**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**6/2022**

**Last 4 digits of account number**
**2751**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 8 | **Mike Albert** | Describe debtor's property that is subject to a lien | $55,386.74 | $53,283.00 |
|---|---|---|---|---|
| | Creditor's Name | **2022 Ford E-Transit 350 Cargo (VIN xxx1971)** | | |

**PO Box 643220**
**Cincinnati, OH 45264**

Creditor's mailing address

**Describe the lien**
**Auto Lease**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 19 of 30

Debtor   **Heart Heating & Cooling, LLC**                          Case number (if known) _____
_____
Name

|  | Is the creditor an insider or related party? |
|---|---|
| _____ | ■ No |
| Creditor's email address, if known | ☐ Yes |
|  | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **7/2022** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** |  |
| **4167** |  |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
|  | ☐ Disputed |

---

| 2.4 9 | **Mike Albert** | Describe debtor's property that is subject to a lien | $62,197.20 | $0.00 |
|---|---|---|---|---|
|  | Creditor's Name | **2022 E-Transit 350 Cargo (VIN xxx2184)** |  |  |
|  | **PO Box 643220** |  |  |  |
|  | **Cincinnati, OH 45264** |  |  |  |
|  | Creditor's mailing address | Describe the lien |  |  |
|  |  | **Auto Lease** |  |  |
|  |  | Is the creditor an insider or related party? |  |  |
|  |  | ■ No |  |  |
|  | _____ | ☐ Yes |  |  |
|  | Creditor's email address, if known | **Is anyone else liable on this claim?** |  |  |
|  | **Date debt was incurred** | ■ No |  |  |
|  |  | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |  |  |
|  | **Last 4 digits of account number** |  |  |  |
|  | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |  |  |
|  | ■ No | ☐ Contingent |  |  |
|  | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |  |  |
|  |  | ☐ Disputed |  |  |

---

| 2.5 0 | **Mike Albert** | Describe debtor's property that is subject to a lien | $45,530.60 | $41,631.00 |
|---|---|---|---|---|
|  | Creditor's Name | **2022 Ram Promaster 2500 (VIN xxx8440)** |  |  |
|  | **PO Box 643220** |  |  |  |
|  | **Cincinnati, OH 45264** |  |  |  |
|  | Creditor's mailing address | Describe the lien |  |  |
|  |  | **Auto Lease** |  |  |
|  |  | Is the creditor an insider or related party? |  |  |
|  |  | ■ No |  |  |
|  | _____ | ☐ Yes |  |  |
|  | Creditor's email address, if known | **Is anyone else liable on this claim?** |  |  |
|  | **Date debt was incurred** | ■ No |  |  |
|  | **8/2022** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |  |  |
|  | **Last 4 digits of account number** |  |  |  |
|  | **4169** |  |  |  |
|  | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |  |  |

Debtor   **Heart Heating & Cooling, LLC**
_____   Case number (if known) _____
              Name

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 1 | **Mike Albert** | Describe debtor's property that is subject to a lien | $55,837.00 | $55,837.00 |
|---|---|---|---|---|

Creditor's Name
**2022 Ford E Transit 350 Cargo (VIN xxx3000)**

**PO Box 643220**
**Cincinnati, OH 45264**

Creditor's mailing address

**Describe the lien**
**Auto Lease**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred**
**7/2022**

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4168**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 2 | **Mike Albert** | Describe debtor's property that is subject to a lien | $40,631.76 | $29,533.00 |
|---|---|---|---|---|

Creditor's Name
**2019 Ram Promaster 2500 (VIN xxx8951)**

**PO Box 643220**
**Cincinnati, OH 45264**

Creditor's mailing address

**Describe the lien**
**Auto Lease**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred**
**7/2022**

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4855**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 3 | **Mike Albert** | Describe debtor's property that is subject to a lien | $39,765.22 | $26,552.00 |
|---|---|---|---|---|

Creditor's Name
**2019 Ram Promaster 2500 (VIN xxx2718)**

**PO Box 643220**
**Cincinnati, OH 45264**

Creditor's mailing address

**Describe the lien**
**Auto Lease**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 21 of 30

Debtor   **Heart Heating & Cooling, LLC**                      Case number (if known) _____
_____
Name

_____                Is the creditor an insider or related party?
Creditor's email address, if known               �DUMMY No

                                                  ■ No
                                                  ☐ Yes
                                                  Is anyone else liable on this claim?

**Date debt was incurred**                        ■ No
**7/2022**                                        ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**4856**
Do multiple creditors have an                     As of the petition filing date, the claim is:
interest in the same property?                    Check all that apply

■ No                                              ☐ Contingent
☐ Yes. Specify each creditor,                     ☐ Unliquidated
including this creditor and its relative          ☐ Disputed
priority.

---

| 2.5 4 | **Mike Albert** | Describe debtor's property that is subject to a lien | $31,318.02 | $30,322.00 |

Creditor's Name                                   **2022 Chevrolet Colorado (VIN xxx3133)**

**PO Box 643220**
**Cincinnati, OH 45264**
Creditor's mailing address                        Describe the lien
                                                  **Auto Lease**
                                                  Is the creditor an insider or related party?
                                                  ■ No
_____                 ☐ Yes
Creditor's email address, if known
                                                  Is anyone else liable on this claim?

**Date debt was incurred**                        ■ No
**7/2022**                                         ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**8720**
Do multiple creditors have an                     As of the petition filing date, the claim is:
interest in the same property?                    Check all that apply

■ No                                              ☐ Contingent
☐ Yes. Specify each creditor,                     ☐ Unliquidated
including this creditor and its relative          ☐ Disputed
priority.

---

| 2.5 5 | **Mike Albert** | Describe debtor's property that is subject to a lien | $40,314.87 | $30,322.00 |

Creditor's Name                                   **2022 Chevrolet Colorado (VIN xxx3449)**

**PO Box 643220**
**Cincinnati, OH 45264**
Creditor's mailing address                        Describe the lien
                                                  **Auto Lease**
                                                  Is the creditor an insider or related party?
                                                  ■ No
_____                 ☐ Yes
Creditor's email address, if known
                                                  Is anyone else liable on this claim?

**Date debt was incurred**                        ■ No
**7/2022**                                         ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**8716**
Do multiple creditors have an                     As of the petition filing date, the claim is:
interest in the same property?                    Check all that apply

| Debtor | Heart Heating & Cooling, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☐ No
☐ Contingent
☐ Yes. Specify each creditor, including this creditor and its relative priority.
☐ Unliquidated
☐ Disputed

---

**2.5 6**

**Mike Albert**
Creditor's Name

**PO Box 643220**
**Cincinnati, OH 45264**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**10/2022**
**Last 4 digits of account number**
**5291**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2022 Chrysler Voyager LX Passenger (VIN xxx3630)**

**Describe the lien**
**Auto Lease**
**Is the creditor an insider or related party?**
☐ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| $38,549.68 | $33,595.00 |
|---|---|

---

**2.5 7**

**Mike Albert**
Creditor's Name

**PO Box 643220**
**Cincinnati, OH 45264**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**10/2022**
**Last 4 digits of account number**
**5292**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2022 Chrysler Voyager LX Passenger (VIN xxx3625)**

**Describe the lien**
**Auto Lease**
**Is the creditor an insider or related party?**
☐ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| $37,665.00 | $33,595.00 |
|---|---|

---

**2.5 8**

**Mike Albert**
Creditor's Name

**PO Box 643220**
**Cincinnati, OH 45264**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2021 Ram 1500 Classic (VIN xxx1316)**

**Describe the lien**
**Auto Lease**

| $41,950.48 | $23,974.00 |
|---|---|

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 23 of 30

Debtor   **Heart Heating & Cooling, LLC**                    Case number (if known) _____
         _____
         Name

|  | |
|---|---|
| _____ Creditor's email address, if known | **Is the creditor an insider or related party?** ■ No ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** **1/2021** | ■ No |
| **Last 4 digits of account number** **4372** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated ☐ Disputed |

---

| 2.5 9 | **Mike Albert** | **Describe debtor's property that is subject to a lien** | $28,718.94 | $28,703.00 |
|---|---|---|---|---|
| | Creditor's Name | **2022 Nissan Frontier (VIN xxx8762)** | | |

**PO Box 643220**
**Cincinnati, OH 45264**
_____
Creditor's mailing address

**Describe the lien**
**Auto Lease**

**Is the creditor an insider or related party?**
■ No
☐ Yes
_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**3/2022**

**Last 4 digits of account number**
**9110**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 0 | **Mike Albert** | **Describe debtor's property that is subject to a lien** | $48,100.00 | $47,690.00 |
|---|---|---|---|---|
| | Creditor's Name | **2021 Ford Transit 250 Cargo (VIN xxx0462)** | | |

**PO Box 643220**
**Cincinnati, OH 45264**
_____
Creditor's mailing address

**Describe the lien**
**Auto Lease**

**Is the creditor an insider or related party?**
■ No
☐ Yes
_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/2021**

**Last 4 digits of account number**
**8064**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

---

| Debtor | Heart Heating & Cooling, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 1 | **Mike Albert** | | |
|---|---|---|---|

| | | | **$28,142.02** | **$27,666.00** |
|---|---|---|---|---|

**Mike Albert**
Creditor's Name

**PO Box 643220**
**Cincinnati, OH 45264**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**2020 Ram Promaster 1500 (VINxxx7802)**

**Describe the lien**
**Automobile Loan**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**12/2019**
**Last 4 digits of account number**
**0692**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.6 2 | **Mike Albert** | | $38,310.00 | $32,250.00 |
|---|---|---|---|---|

**Mike Albert**
Creditor's Name

**PO Box 643220**
**Cincinnati, OH 45264**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**2018 Ram Promaster 2500 (VIN xxx9368)**

**Describe the lien**
**Auto Lease**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**12/2021**
**Last 4 digits of account number**
**7478**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.6 3 | **Mike Albert** | | $40,118.00 | $28,919.00 |
|---|---|---|---|---|

**Mike Albert**
Creditor's Name

**PO Box 643220**
**Cincinnati, OH 45264**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2018 Ram Promaster (VIN xxx1831)**

**Describe the lien**
**Auto Lease**

---

| Debtor | **Heart Heating & Cooling, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Date debt was incurred**
**12/2021**
**Last 4 digits of account number**
**7475**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 4 | **Mike Albert** | Describe debtor's property that is subject to a lien | $55,108.32 | $52,252.00 |
|---|---|---|---|---|
| | Creditor's Name | **2022 Ford E-Transit 350 Cargo (VIN xxx2184)** | | |

**PO Box 643220**
**Cincinnati, OH 45264**
Creditor's mailing address

**Describe the lien**
**Auto Lease**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/2022**
**Last 4 digits of account number**
**4170**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 5 | **Mitsubishi HC** | Describe debtor's property that is subject to a lien | $55,814.26 | $45,407.00 |
|---|---|---|---|---|
| | Creditor's Name | **2022 Ford E-Transit 350 Cargo (VIN xxx2154)** | | |

**800 Connecticut Avenue**
**Norwalk, CT 06854**
Creditor's mailing address

**Describe the lien**
**Automobile Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/2022**
**Last 4 digits of account number**
**4004**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Heart Heating & Cooling, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 6 | **Mitsubishi HC** | Describe debtor's property that is subject to a lien | $29,841.77 | $26,251.00 |
|---|---|---|---|---|
| | Creditor's Name | **2023 Ford Maverick (VIN xxx7830)** | | |

**800 Connecticut Avenue
Norwalk, CT 06854**

Creditor's mailing address

Describe the lien
**Automobile Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/2022**
**Last 4 digits of account number**
**4002**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 7 | **Mitsubishi HC** | Describe debtor's property that is subject to a lien | $30,399.32 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **2023 Maverick** | | |

**800 Connecticut Avenue
Norwalk, CT 06854**

Creditor's mailing address

Describe the lien
**Automobile Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 8 | **Mitsubishi HC** | Describe debtor's property that is subject to a lien | $80,776.19 | $52,637.00 |
|---|---|---|---|---|
| | Creditor's Name | **2022 Ford E-Transit 350 Cargo (VIN xxx2999)** | | |

**800 Connecticut Avenue
Norwalk, CT 06854**

Creditor's mailing address

Describe the lien
**Automobile Loan**

---

| Debtor | **Heart Heating & Cooling, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| | | Is the creditor an insider or related party? | |
|---|---|---|---|

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**
**10/2022**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4001**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.69 | **Newco Capital Group VI LLC** | Describe debtor's property that is subject to a lien | $518,700.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Civil lawsuit** | | |
| | **1 Whitehall Street, Suite 200** | **Short Term Business Loan** | | |
| | **New York, NY 10004** | | | |
| | Creditor's mailing address | | | |

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**
**September 2022**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

■ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Unliquidated
■ Disputed

---

| 2.70 | **Pawnee Leasing Corporation** | Describe debtor's property that is subject to a lien | $13,088.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Business Lease - Secures Alignment Machine (See Depreciation Schedule** | | |
| | **PO Box 735120** | | | |
| | **Chicago, IL 60673** | | | |
| | Creditor's mailing address | | | |

Describe the lien
**Secured Lease**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**
**8/1/2022**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**8139**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

| Debtor | Heart Heating & Cooling, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

---

**2.7 1**

**Peac Solutions**
Creditor's Name

**PO Box 13604**
**Philadelphia, PA 19101**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2023**
**Last 4 digits of account number**
**7835**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Secured Loan - Automotive Lifts (See Depreciation Schedule)**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

$54,590.00    Unknown

---

**2.7 2**

**Ultra Funding, LLC**
Creditor's Name

**50 Merrick Road, Suite 203**
**Rockville Centre, NY 11570**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**9/2022**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Revenue Purchase Agreement**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

$334,769.98    $0.00

---

**2.7 3**

**Westwood Funding Solutions, LLC**
Creditor's Name

**4601 Sheridan St., Ste. 501**
**Hollywood, FL 33021**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Civil Lawsuit;**
**Short Term Business Loan**

Describe the lien

$830,493.09    $0.00

---

Debtor   **Heart Heating & Cooling, LLC**                    Case number (if known) _____
         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
         Name

_____

Creditor's email address, if known

**Date debt was incurred**

**January 2023**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $6,809,138.83 |

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ariel Bouskila**<br>**Berkovitch & Bouskila, PLLC**<br>**80 Broad St, Ste. 3303**<br>**New York, NY 10004** | Line  **2.69** | |
| **Benjamin d. Vinci, Esq.**<br>**2250 S. Oneida Street, Ste 303**<br>**Denver, CO 80224** | Line  **2.18** | |
| **Bennett Tueller Johnson & Deere**<br>**3165 East Millrock Drive, Suite 500**<br>**Salt Lake City, UT 84121** | Line  **2.25** | |
| **Boris Yankovich**<br>**1 World Trade Center, Suite 8500**<br>**New York, NY 10007** | Line  **2.9** | |
| **Jon H. Rogers**<br>**825 North 300 West, Suite N144**<br>**Northgate Park Business Center**<br>**Salt Lake City, UT 84103** | Line  **2.25** | |
| **Jorge Delgado, Es.**<br>**31 West 34th St., Ste. 7106**<br>**New York, NY 10001** | Line  **2.9** | |
| **Richard Muller**<br>**61-43 186th Street, Suite 450**<br>**Fresh Meadows, NY 11365** | Line  **2.73** | |

**Fill in this information to identify the case:**

Debtor name **Heart Heating & Cooling, LLC**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**City of Sheridan**<br>**4101 S. Federal Boulevard**<br>**Sheridan, CO 80110** | **Unknown** | **$0.00** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2023**

Basis for the claim:
**City Taxes**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY        ☑ No
unsecured claim: 11 U.S.C. § 507(a) (8)     ☐ Yes

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**Colorado Department of Revenue**<br>**1881 Pierce Street**<br>**Lakewood, CO 80214** | **$146,210.00** | **$146,210.00** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Withholding Taxes**

Last 4 digits of account number **4367**

Is the claim subject to offset?
Specify Code subsection of PRIORITY        ☑ No
unsecured claim: 11 U.S.C. § 507(a) (8)     ☐ Yes

| Debtor | **Heart Heating & Cooling, LLC** | Case number *(if known)* | |
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $792,811.00 | $792,811.00 |
| | **Internal Revenue Service** | *Check all that apply.* | | |
| | **PO Box 7346** | ☐ Contingent | | |
| | **Philadelphia, PA 19101** | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **4/2023** | **Payroll Taxes** | | |
| | Last 4 digits of account number **0326** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **Internal Revenue Service** | *Check all that apply.* | | |
| | **PO Box 7346** | ☐ Contingent | | |
| | **Philadelphia, PA 19101** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2023** | **Taxes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** | $15,612.26 |
| | **AAAA Designs** | |
| | **Shannon Anderson** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **12259 W. Chenango Dr.** | ■ Contingent |
| | **Morrison, CO 80465** | ☐ Unliquidated |
| | Date(s) debt was incurred  **9/16/2022** | ☐ Disputed |
| | Last 4 digits of account number  **_** | Basis for the claim:  **Trade Debt (Richard Anderson)** |
| | | Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.2 | **Nonpriority creditor's name and mailing address** | $23,567.97 |
| | **Abbots Cleanup & Restoration** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **2301 S. Jason St.** | ☐ Contingent |
| | **Denver, CO 80223** | ☐ Unliquidated |
| | Date(s) debt was incurred  **2023** | ☐ Disputed |
| | Last 4 digits of account number  **_** | Basis for the claim:  **Business Services** |
| | | Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.3 | **Nonpriority creditor's name and mailing address** | $40,873.87 |
| | **American Express** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **PO Box 6031** | ■ Contingent |
| | **Carol Stream, IL 60197** | ■ Unliquidated |
| | Date(s) debt was incurred  **_** | ■ Disputed |
| | Last 4 digits of account number  **1006** | Basis for the claim:  **AAAA Designs - Credit Card (Richard Anderson)** |
| | | Is the claim subject to offset?  ■ No  ☐ Yes |

| Debtor | **Heart Heating & Cooling, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,652.55** |
|---|---|---|---|

**American Express**
PO Box 6031
Carol Stream, IL 60197

Date(s) debt was incurred __2023__

Last 4 digits of account number __4007__

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Business Credit Card__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,213.56** |
|---|---|---|---|

**American Express- Amazon**
PO Box 6031
Carol Stream, IL 60197

Date(s) debt was incurred __2023__

Last 4 digits of account number __1000__

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Business Credit Card__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$330,175.55** |
|---|---|---|---|

**Anthem**
PO Box 61010
Virginia Beach, VA 23466

Date(s) debt was incurred __1/2023__

Last 4 digits of account number __9701__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Insurance__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,250.00** |
|---|---|---|---|

**Audacy Operations**
PO Box 74079
Cleveland, OH 44194

Date(s) debt was incurred __11/2022__

Last 4 digits of account number __4787__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BMT Capital Group Inc.**
208 West State Street
Trenton, NJ 08608

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Future Receivables Sale and Purchase Agreement__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Canon Advance, LLC**
500 W Putnam Ave., Ste. 400
Greenwich, CT 06830

Date(s) debt was incurred __January 2023__

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Civil Lawsuit__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36,814.91** |
|---|---|---|---|

**Capital One Spark**
PO Box 60519
City of Industry, CA 91716

Date(s) debt was incurred __2023__

Last 4 digits of account number __7247__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Credit Card__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Heart Heating & Cooling, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.11** | Nonpriority creditor's name and mailing address

**Chase Ink**
**PO Box 6294**
**Carol Stream, IL 60197**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **4760**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Credit Card**

Is the claim subject to offset? ☐ No  ☐ Yes

**$121,561.41**

---

**3.12** | Nonpriority creditor's name and mailing address

**Continental Western Group**
**PO Box 1594**
**Des Moines, IA 50306**

Date(s) debt was incurred  **2/2023**

Last 4 digits of account number  **8442**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$96,000.00**

---

**3.13** | Nonpriority creditor's name and mailing address

**Cost Plus Electric**
**2775 S. Shoshone St.**
**Englewood, CO 80110**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **1945**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$15,044.84**

---

**3.14** | Nonpriority creditor's name and mailing address

**Elavon**
**PO Box 86**
**Minneapolis, MN 55486**

Date(s) debt was incurred  **2/2023**

Last 4 digits of account number  **2872**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ☐ No  ☐ Yes

**$13,190.26**

---

**3.15** | Nonpriority creditor's name and mailing address

**FIG Advertising and Marketing**
**c/o Miller riggs**
**730 17th Street, Suite 340**
**Denver, CO 80202**

Date(s) debt was incurred  **10/2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Advertising**

Is the claim subject to offset? ☐ No  ☐ Yes

**$16,421.56**

---

**3.16** | Nonpriority creditor's name and mailing address

**Great Lakes Funding Center**
**31077 Schoolcraft Rd., 201**
**Livonia, MI 48150**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Expected Employee Retention Tax Credit**

Is the claim subject to offset? ☐ No  ☐ Yes

**$50,000.00**

---

**3.17** | Nonpriority creditor's name and mailing address

**Heckenbauch Law PC**
**7400 E. Orchard Rd., Ste. 270 S**
**Greenwood Village, CO 80111**

Date(s) debt was incurred  **3/2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No  ☐ Yes

**$55,399.62**

---

| Debtor | **Heart Heating & Cooling, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.18** Nonpriority creditor's name and mailing address
**Home Depot Pro**
PO Box 404284
Atlanta, GA 30384

Date(s) debt was incurred  **9/2022**
Last 4 digits of account number  **9384**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Credit Card**

Is the claim subject to offset? ☐ No  ☐ Yes

**$28,194.34**

---

**3.19** Nonpriority creditor's name and mailing address
**iHeart Media**
PO Box 419499
Boston, MA 02241

Date(s) debt was incurred  **2/2023**
Last 4 digits of account number  **5015**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Business Advertising**

Is the claim subject to offset? ☐ No  ☐ Yes

**$250,000.00**

---

**3.20** Nonpriority creditor's name and mailing address
**Integrity Excavations**
PO Bopx 1009
Englewood, CO 80110

Date(s) debt was incurred  **2/2023**
Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ☐ No  ☐ Yes

**$17,150.00**

---

**3.21** Nonpriority creditor's name and mailing address
**Johnstone Supply**
PO Box 40605
Denver, CO 80204

Date(s) debt was incurred  **2023**
Last 4 digits of account number  **2021**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Trade Debt**

Is the claim subject to offset? ☑ No  ☐ Yes

**$253,952.39**

---

**3.22** Nonpriority creditor's name and mailing address
**Jon H. Rogers**
825 North 300 West, Suite N144
Salt Lake City, UT 84103

Date(s) debt was incurred  **6/2023**
Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Attorney Fees**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.23** Nonpriority creditor's name and mailing address
**Kinetic/Webbank**
215 S. State St., Suite 1000
Salt Lake City, UT 84111

Date(s) debt was incurred  **2023**
Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Short-Term Business Loan**

Is the claim subject to offset? ☑ No  ☐ Yes

**$947,878.80**

---

**3.24** Nonpriority creditor's name and mailing address
**M & N Plumbing Supply Co.**
1325 E 58th Ave., Unit C
Denver, CO 80216

Date(s) debt was incurred  **2023**
Last 4 digits of account number  **8065**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No  ☐ Yes

**$107,979.96**

---

| Debtor | **Heart Heating & Cooling, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.25** | Nonpriority creditor's name and mailing address
Marathon Management
855 Ridge Lake Rd. Blvd.
Ste. 100
Memphis, TN 38120

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,082.59**

---

**3.26** | Nonpriority creditor's name and mailing address
Micheal M. Massa
14590 E. Florida Ave.
Aurora, CO 80012

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No ☐ Yes

**$55,040.62**

---

**3.27** | Nonpriority creditor's name and mailing address
MYNT Advance
200 Central Avenue
Farmingdale, NJ 07727

Date(s) debt was incurred  **9/2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Short Term Business Loan**

Is the claim subject to offset? ■ No ☐ Yes

**$189,873.40**

---

**3.28** | Nonpriority creditor's name and mailing address
Nationwide Inbound Inc.
50 West Douglas, Ste. 1200
Freeport, IL 61032

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **2564**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,641.83**

---

**3.29** | Nonpriority creditor's name and mailing address
NewTek Imaging
4051 S. Eliot St.
Englewood, CO 80110

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No ☐ Yes

**$12,548.00**

---

**3.30** | Nonpriority creditor's name and mailing address
Orkin
1511 W. Bayaud Ave.
Denver, CO 80223

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **2969**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Pest Control**

Is the claim subject to offset? ■ No ☐ Yes

**$3,855.00**

---

**3.31** | Nonpriority creditor's name and mailing address
Runge Tool
1330 S Inca St.
Denver, CO 80223

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **1522**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$28,556.99**

---

| Debtor | **Heart Heating & Cooling, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.32** | **Nonpriority creditor's name and mailing address**
**Sabell Snow Plowing & Landscape**
**555 W Ohio Ave., Ste. B**
**Denver, CO 80226**

Date(s) debt was incurred  **11/2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,012.27**

---

**3.33** | **Nonpriority creditor's name and mailing address**
**Security National Insurance Company**
**800 Superior Ave E**
**21st Floor**
**Cleveland, OH 44114**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **0072**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Insurance**

Is the claim subject to offset? ■ No ☐ Yes

**$34,446.00**

---

**3.34** | **Nonpriority creditor's name and mailing address**
**Service Uniform, Inc.**
**2580 S. Raritan St.**
**Englewood, CO 80110**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **9353**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$24,530.71**

---

**3.35** | **Nonpriority creditor's name and mailing address**
**Spark Plus**
**PO Box 60519**
**City of Industry, CA 91716**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **6539**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

**$418,085.36**

---

**3.36** | **Nonpriority creditor's name and mailing address**
**Sunbelt Rentals**
**PO Box 409211**
**Atlanta, GA 30312**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **7340**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,879.71**

---

**3.37** | **Nonpriority creditor's name and mailing address**
**TGI Inc.**
**1901 Cornwall Ave, Suite**
**Bellingham, WA 98225**

Date(s) debt was incurred  **6/2023**

Last 4 digits of account number  **1001**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

**$1,080.00**

---

**3.38** | **Nonpriority creditor's name and mailing address**
**Thryv**
**PO Box 78041**
**Phoenix, AZ 85062**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **0977**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$9,885.83**

---

| Debtor | **Heart Heating & Cooling, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,540.60 |
|---|---|---|---|

**To Your Success**
**3522 Acworth Due West Rd NW**
**Kennesaw, GA 30144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2022**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,281.93 |
|---|---|---|---|

**US Bank**
**PO Box 790408**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/2022**

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **5508**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Focus Identity Group, LLC**<br>**1600 Stout St., Ste. 250**<br>**Denver, CO 80202** | Line  **3.15**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Hassett & George, P.C.**<br>**945 Hopmeadow Street**<br>**Simsbury, CT 06070** | Line  **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Miller Cohen Peterson Young P.C.**<br>**P.O. Box 1259**<br>**344 Main Street**<br>**Longmont, CO 80502** | Line  **3.18**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **MSCMM Commercial Credit Management**<br>**333 W. Hampden Ave., Suite 820**<br>**Englewood, CO 80110** | Line  **3.34**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **NJIC**<br>**1121 North Bethlehem Pike, Suite 60**<br>**Spring House, PA 19477** | Line  **3.37**<br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 939,021.00 |
| 5b. Total claims from Part 2 | 5b.  + | $ 3,425,274.69 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 4,364,295.69 |

**Fill in this information to identify the case:**

Debtor name  **Heart Heating & Cooling, LLC**

United States Bankruptcy Court for the:  DISTRICT OF COLORADO

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*        *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest     **Advertising Agreement** | |
| State the term remaining | |
| List the contract number of any government contract  _____ | **TGI Inc.**<br>**1901 Cornwall Ave., Suite**<br>**Bellingham, WA 98225** |

| Fill in this information to identify the case: |
|---|

Debtor name  **Heart Heating & Cooling, LLC**

United States Bankruptcy Court for the:  DISTRICT OF COLORADO

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                         12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                        *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **AAAA Designs** | **2875 W. Oxford Ave., #7 Englewood, CO 80110** | **Newco Capital Group VI LLC** | ■ D  **2.69**<br>☐ E/F  _____<br>☐ G  _____ |
| 2.2 | **Heart Automotive, LLC** | **2875 W. Oxford Ave., Unit 7 Englewood, CO 80110** | **Canon Advance, LLC** | ☐ D  _____<br>■ E/F  **3.9**<br>☐ G  _____ |
| 2.3 | **Heart Heating Cooling & Plumbing** | **2875 W. Oxford Ave, #7 Englewood, CO 80110** | **Newco Capital Group VI LLC** | ■ D  **2.69**<br>☐ E/F  _____<br>☐ G  _____ |
| 2.4 | **Heart Heating, Cooling, Plumbing & Elect** | **2875 W. Oxford Ave., #7 Englewood, CO 80110** | **Newco Capital Group VI LLC** | ■ D  **2.69**<br>☐ E/F  _____<br>☐ G  _____ |
| 2.5 | **Heart HeatingandCooling** | **2875 W. Oxford Ave, #7 Englewood, CO 80110** | **Newco Capital Group VI LLC** | ■ D  **2.69**<br>☐ E/F  _____<br>☐ G  _____ |

Debtor    **Heart Heating & Cooling, LLC**                              Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Richard Anderson** | 12259 W. Chenango Drive Morrison, CO 80465 | **Libertas Funding, LLC** | ■ D ___2.25___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Richard Anderson** | 12259 W. Chenango Drive Morrison, CO 80465 | **Westwood Funding Solutions, LLC** | ■ D ___2.73___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Richard John Anderson** | 12259 W. Chenango Drive Morrison, CO 80465 | **Canon Advance, LLC** | ☐ D _____<br>■ E/F ___3.9___<br>☐ G _____ |
| 2.9 | **Richard John Anderson** | 12259 W. Chenango Drive Morrison, CO 80465 | **Newco Capital Group VI LLC** | ■ D ___2.69___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Richard John Anderson** | 12259 W. Chenango Drive Morrison, CO 80465 | **Cloudfund LLC** | ■ D ___2.9___<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **Richard John Anderson** | 12259 W. Chenango Drive Morrison, CO 80465 | **Continental Western Group** | ☐ D _____<br>■ E/F ___3.12___<br>☐ G _____ |
| 2.12 | **Richard John Anderson** | 12259 W. Chenango Drive Morrison, CO 80465 | **Everest Business Funding** | ■ D ___2.10___<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **Richard John Anderson** | 12259 W. Chenango Drive Morrison, CO 80465 | **MYNT Advance** | ☐ D _____<br>■ E/F ___3.27___<br>☐ G _____ |

| Debtor | **Heart Heating & Cooling, LLC** | Case number *(if known)* | |
|---|---|---|---|

---

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | Richard John Anderson | 12259 W. Chenango Drive Morrison, CO 80465 | Ultra Funding, LLC | ■ D    **2.72** <br> ☐ E/F   _____ <br> ☐ G   _____ |
| 2.15 | Richard John Anderson | 12259 W. Chenango Drive Morrison, CO 80465 | Fox Business Funding | ■ D    **2.18** <br> ☐ E/F   _____ <br> ☐ G   _____ |
| 2.16 | Robert M. Townsend | 6525 W. Hoover Place Littleton, CO 80123 | Libertas Funding, LLC | ■ D    **2.25** <br> ☐ E/F   _____ <br> ☐ G   _____ |
| 2.17 | Robert M. Townsend | 6525 W. Hoover Place Littleton, CO 80123 | Canon Advance, LLC | ☐ D   _____ <br> ■ E/F    **3.9** <br> ☐ G   _____ |
| 2.18 | Robert M. Townsend | 6525 W. Hoover Place Littleton, CO 80123 | Newco Capital Group VI LLC | ■ D    **2.69** <br> ☐ E/F   _____ <br> ☐ G   _____ |
| 2.19 | Robert M. Townsend | 6525 W. Hoover Place Littleton, CO 80123 | Cloudfund LLC | ■ D    **2.9** <br> ☐ E/F   _____ <br> ☐ G   _____ |
| 2.20 | Robert M. Townsend | 6525 W. Hoover Place Littleton, CO 80123 | Continental Western Group | ☐ D   _____ <br> ■ E/F    **3.12** <br> ☐ G   _____ |
| 2.21 | Robert M. Townsend | 6525 W. Hoover Place Littleton, CO 80123 | Everest Business Funding | ■ D    **2.10** <br> ☐ E/F   _____ <br> ☐ G   _____ |

Debtor   **Heart Heating & Cooling, LLC**                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.22 | Robert M. Townsend | 6525 W. Hoover Place Littleton, CO 80123 | MYNT Advance | ☐ D _____ ■ E/F **3.27** ☐ G _____ |
| 2.23 | Robert M. Townsend | 6525 W. Hoover Place Littleton, CO 80123 | Ultra Funding, LLC | ■ D **2.72** ☐ E/F _____ ☐ G _____ |
| 2.24 | Robert M. Townsend | 6525 W. Hoover Place Littleton, CO 80123 | Fox Business Funding | ■ D **2.18** ☐ E/F _____ ☐ G _____ |
| 2.25 | Robert Townsend | 6525 W. Hoover Place Littleton, CO 80123 | Westwood Funding Solutions, LLC | ■ D **2.73** ☐ E/F _____ ☐ G _____ |
| 2.26 | Value Heating & Cooling LLC | 2875 W Oxford Ave., #7 Englewood, CO 80110 | Newco Capital Group VI LLC | ■ D **2.69** ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Heart Heating & Cooling, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**  **Income**

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$5,793,536.30** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$12,137,052.01** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$8,681,240.00** |
| **For the fiscal year:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$875,541.00** |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

7/11/23 1:40PM

| Debtor | **Heart Heating & Cooling, LLC** | Case number *(if known)* | |

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Michael Massa Real Estate**<br>**14590 E. Florida Avenue**<br>**Aurora, CO 80012** | **4/1/2023** | **$27,520.31** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Real Estate Lease** |
| 3.2. | **The Standard**<br>**PO Box 650804**<br>**Dallas, TX 75265** | **4/1/23, 5/1/23** | **$10,214.71** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. | **Pipeline Solutions**<br>**5201 E. 77th Ave.**<br>**Commerce City, CO 80022** | **5/10/2023** | **$7,800.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. | **Mike Albert Leasing**<br>**PO Box 643220**<br>**Cincinnati, OH 45264** | **4/15/2023,**<br>**5/1/2023** | **$53,234.14** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | **Wex Bank**<br>**PO Box 6293**<br>**Carol Stream, IL 60197-6293** | **5/1/2023,**<br>**5/31/2023** | **$25,409.83** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Robert Michael Townsend**<br>**6525 W. Hoover Place**<br>**Littleton, CO 80123**<br>**Owner** | **October 2022**<br>**- June 15,**<br>**2022** | **$74,317.65** | **Wages** |
| 4.2. | **Richard John Anderson**<br>**12259 W. Chenango Dr.**<br>**Morrison, CO 80465**<br>**Owner** | **October 2022**<br>**- June 15,**<br>**2023** | **$59,501.48** | |

Debtor   **Heart Heating & Cooling, LLC**                     Case number *(if known)*

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.3. **Douglas Malito** | **October 2022 - June 15, 2023** | **$107,378.35** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Canon Advance, LLC v. Heart Heating & Cooling, LLC, Heart Automotive, Robert M. Townsend and Richard John Anderson JD-CV-55** | **Civil** | **Superior Court 123 Hoyt Street Simsbury, CT 06070** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Newco Capital Group VI LLC v. Heart Heating and Cooling d/b/a Heart Heating, Cooling, Plumbing & Electrid; Heart Heating & Cooling, LLC; Heart Heating and Cooling; Heart Heating Cooling & Plumbing; Value Hearting & Cooling LLC; AAAA Designs and richard John Anderson and Robert M. Townsend 202209080261** | **Civil** | **Supreme Court of the State of New York 27 North Main Street Canandaiqua, NY 14424** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **CloudFund LLC v. Heart Heating & Cooling, LLC, Robert M. Townsend, and Richard John Anderson 202301240322** | **Civil** | **Supreme Court of the State of New York 27 North Main Street Canandaigua, NY 14424** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   **Heart Heating & Cooling, LLC**                                    Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | **Westwood Funding Solutions LLC v. Heart Heating & Cooling LLC dba Heart Heating, Cooling, Plumbing & Electric, and Robert Townsend and Richard Anderson**<br>**502653/2023** | **Civil** | **Supreme Court of the State of New York**<br>**County of Kings**<br>**360 Adams St., #4**<br>**Brooklyn, NY 11201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Libertas Funding, LLC v. Heart Heating & Cooling, LLC, Robert Townsend, and Richard Anderson**<br>**230900362 CN** | **Civil** | **Third Judicial District Court**<br>**State of Utah**<br>**450 S State St**<br>**Salt Lake City, UT 84111** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Fox Capital Group, Inc. v. Heart Heating & Cooling, LLC d/b/a Heart Heating Cooling Plumbing & Electric; Value Heating & Cooling, LLC, Robert M. Townsend and Richard John Anderson**<br>**23CV30058** | **Civil, Breach of Contract** | **Jefferson County District Court**<br>**100 Jefferson County Parkway**<br>**Golden, CO 80401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Heart Heating & Cooling, LLC, Heart Heating & Cooling, L.L.C. v. Flatiron Property Holding, L.L.C., Flatiiron Property Holding, L.L.C.**<br>**2023CV030000** | **Civil** | **Broomfield County District Court**<br>**17 Descombes Drive**<br>**Broomfield, CO 80020** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**   **Certain Gifts and Charitable Contributions**

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**   **Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**   **Certain Payments or Transfers**

Debtor  **Heart Heating & Cooling, LLC**                                     Case number *(if known)* _____

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Buechler Law Office, L.L.C. 999 18th Street, SUite 1230 Denver, CO 80202** | | **May, June 2023** | **$20,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Debtor | Heart Heating & Cooling, LLC | Case number *(if known)* | |

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Chase Bank | XXXX-1811 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | 2/2023 | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

| Debtor | **Heart Heating & Cooling, LLC** | Case number *(if known)* | |
|---|---|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|---|
| 25.1. | **HRT Holdings, LLC 302 Cliff Line Rd. Golden, CO 80403** | | EIN:   92-1880051 From-To   5/2019 - |
| 25.2. | **Heart Automotive LLC 7801 W Colfax Ave. Denver, CO 80214** | | EIN:   88-3075743 From-To   7/1/2022 - |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|

Debtor   **Heart Heating & Cooling, LLC**                                    Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Bergman CPA PC** <br> **6010 Weset Spring Creek Parkway** <br> **Plano, TX 75024** | **2020, 2021** |
| 26a.2. **Huffman Accounting Group, LLC** <br> **12775 West Belleview Avenue** <br> **Littleton, CO 80217** | **2019** |
| 26a.3. **Elizabeth Osborne** <br> **7801 W. Colfax Ave.** <br> **Lakewood, CO 80214** | **2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Richard John Anderson** | **12259 W. Chenango Drive** <br> **Morrison, CO 80465** | **Member** | **50%** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Robert M. Townsend** | **6525 W. Hoover Place** <br> **Littleton, CO 80123** | **Member** | **50** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Douglas Malito** | | | **0** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

| Debtor | **Heart Heating & Cooling, LLC** | Case number *(if known)* | |
|---|---|---|---|

 ☑ **No**
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ **No**
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ **No**
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ **No**
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **July 11, 2023**

**/s/ Robert M. Townsend**                                       **Robert M. Townsend**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor      **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## District of Colorado

In re   **Heart Heating & Cooling, LLC**                                    Case No.

Debtor(s)                                    Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Richard John Anderson**<br>**12259 W. Chenango Dr.**<br>**Morrison, CO 80465** | | | **50%** |
| **Robert M. Townsend**<br>**6525 W. Hoover Place**<br>**Littleton, CO 80123** | | | **50%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July 11, 2023**                    Signature   **/s/ Robert M. Townsend**

**Robert M. Townsend**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Colorado

In re    **Heart Heating & Cooling, LLC**                                         Case No.

_____    Chapter    **11**    _____
                                    Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **July 11, 2023**                         **/s/ Robert M. Townsend**
_____         _____
                                    **Robert M. Townsend**/**CEO**
                                    Signer/Title